# EXHIBIT A

**Roger Kindler**

| | |
|---|---|
| **From:** | sop@cscinfo.com |
| **Sent:** | Friday, August 21, 2015 1:10 PM |
| **To:** | Roger Kindler |
| **Subject:** | Notice of Service of Process - Transmittal Number: 14155922 |

# Corporation Service Company ®

## NOTICE OF SERVICE OF PROCESS

## Transmittal Number: <u>14155922</u>
(Click the Transmittal Number to view your SOP)

*For more information on instant access to your SOP, click <u>Sign Me Up</u>.*

Pursuant to client instructions, we are forwarding this summary and Notice of Service of Process.

| | |
|---|---|
| **Entity:** | The Humane Society of the United States Inc. |
| **Entity I.D. Number:** | 3080565 |
| **Entity Served:** | The Humane Society of the United States, Inc. |
| **Title of Action:** | Zoological Wildlife Foundation, Inc. vs. The Humane Society of the United State |
| **Document(s) type:** | Summons/Complaint |
| **Nature of Action:** | Violation of State/Federal Act |
| **Court/Agency:** | Miami-Dade County Circuit Court, Florida |
| **Case/Reference No:** | 2015-18567 CA 40 |
| **Jurisdiction Served:** | Florida |
| **Date Served on CSC:** | 08/20/2015 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |

**Sender Information:**
Diana L. Fitzgerald
305-372-7300

**Primary Contact:**
Rebecca  Branzell
The Humane Society Of The United States

**Copy of transmittal only provided to:**
Roger Kindler
Sara Marshman

1

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the document(s taking appropriate action.

---

Please visit www.cscglobal.com for more information related to CSC's Litigation and Matter Management servic including MYSOP, online acknowledgement of SOP and to view a complete library of all SOP received on your b by CSC.

**CSC is SSAE 16 certified for its Litigation Management System.**

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN
AND FOR MIAMI-DADE COUNTY,
FLORIDA

COMPLEX BUSINESS LITIGATION

CASE NO.: 2015-18567 CA 40

ZOOLOGICAL WILDLIFE
FOUNDATION, INC., a Florida
corporation, and MARIO TABRAUE,
an individual,

       Plaintiffs,

v.

THE HUMANE SOCIETY OF THE
UNITED STATES, INC.,

       Defendant.

Received: 8/28/15 @ 9:05/A
Served: 8/20/15 @ 4:20 P

Richard Kolodgy, CPS #204,
Second Judicial Circuit

## SUMMONS

**THE STATE OF FLORIDA:**
To Each Sheriff of the State:

      **YOU ARE COMMANDED** to serve this summons and a copy of the complaint in this action on Defendant:

**The Humane Society of the United States, Inc.**
**Registered Agent: Corporation Service Company**
**1201 Hays Street**
**Tallahassee, FL 32301**

Defendant is required to serve written defenses to the Complaint on Plaintiffs' attorney
at:
**Fitzgerald & Isaacson, LLP**
**Attention: Diana L. Fitzgerald, Esq.**
1001 Brickell Bay Drive, Suite 1714
Miami, FL 33131
Telephone: (305) 372-7300
Facsimile: (305) 372-8150

**within twenty (20) days** after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiffs' attorney or immediately thereafter.

If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint.

Clerk of Court     AUG 2 0 2015

Date: _____

By: _____ HILDA COLINA _____

As Deputy Clerk

## IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiffs/Plaintiffs' Attorney" named below:

**Fitzgerald & Isaacson, LLP**
**Attention: Diana L. Fitzgerald, Esq.**
1001 Brickell Bay Drive, Suite 1714
Miami, FL 33131
Telephone: (305) 372-7300
Facsimile: (305) 372-8150

2

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefónica no lo protegerá.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiffs/Plaintiffs' Attorney" (Demandantes o Abogado de los Demandantes):

Fitzgerald & Isaacson, LLP
Attention: Diana L. Fitzgerald, Esq.
1001 Brickell Bay Drive, Suite 1714
Miami, FL 33131
Telephone:  (305) 372-7300
Facsimile:  (305) 372-8150

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas de'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiffs/Plaintiffs' Attorney" (Plaignant ou a son avocat) nomme ci-dessous:

3

**Fitzgerald & Isaacson, LLP**
**Attention: Diana L. Fitzgerald, Esq.**
1001 Brickell Bay Drive, Suite 1714
Miami, FL 33131
Telephone:  (305) 372-7300
Facsimile:  (305) 372-8150

In accordance with the Americans with Disabilities Act of 1990 (ADA), disabled persons who, because of their disabilities, need special accommodation to participate in this proceeding should contact the ADA Coordinator no later than SEVEN (7) business days prior to such proceeding.

4

Filing # 30805312 E-Filed 08/12/2015 06:02:14 PM

| ☒ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. <br> ☐ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA. |||
|---|---|---|
| **DIVISION** <br> ☒ CIVIL <br> ☐ DISTRICTS <br> ☐ FAMILY <br> ☐ OTHER | **CIVIL COVER SHEET** | **CASE NUMBER** |
| **PLAINTIFF** <br><br> ZOOLOGICAL WILDLIFE FOUNDATION, INC., a Florida corporation, and MARIO TABRAUE, an individual, | **VS. DEFENDANT** <br><br> THE HUMANE SOCIETY OF THE UNITED STATES, INC. | **CLOCK IN** |

The civil cover sheet and the information contained here does not replace the filing and service of pleadings or other papers as required by law. This form is required by the Clerk of Court for the purpose of reporting judicial workload data pursuant to Florida Statute 25.075. See instructions and definitions on reverse of this form.

**TYPE OF CASE** (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x in both the main category and subcategory boxes.

☐ 001 - Eminent Domain
☐ 003 - Contracts and Indebtedness
☐ 010 - Auto Negligence
☐ 022 - Products Liability
☐ 023 - Condominium
☐ **Negligence - Other**
    ☐ 097 - Business Governance
    ☐ 098 - Business Torts
    ☐ 099 - Environmental/Toxin Tort
    ☐ 100 - Third Party Indemnification
    ☐ 101 - Construction Defect
    ☐ 102 - Mass Tort
    ☐ 103 - Negligent Security
    ☐ 104 - Nursing Home Negligence
    ☐ 105 - Premises Liability - Commercial
    ☐ 106 - Premises Liability - Residential
    ☐ 107 - Negligence - Other
☐ **Real Property/Mortgage Foreclosure**
    ☐ 108 - Commercial Foreclosure $0 - $50,000
    ☐ 109 - Commercial Foreclosure $50,001 - $249,999
    ☐ 110 - Commercial Foreclosure $250,000 - or more
    ☐ 111 - Homestead Residential Foreclosure $0 - $50,000
    ☐ 112 - Homestead Residential Foreclosure $50,001 - $249,999
    ☐ 113 - Homestead Residential Foreclosure $250,000 or more
    ☐ 114 - Non-Homestead Residential Foreclosure $0 - $50,000
    ☐ 115 - Non-Homestead Residential Foreclosure $50,001 - $249,999
    ☐ 116 - Non-Homestead Residential Foreclosure $250,000 or more
    ☐ 117 - Other Real Property Actions $0 - $50,000
    ☐ 118 - Other Real Property Actions $50,001 - $249,999

    ☐ 119 - Other Real Property Actions $250,000 or more
☐ **Professional Malpractice**
    ☐ 094 - Malpractice - Business
    ☐ 095 - Malpractice - Medical
    ☐ 096 - Malpractice - Other professional
☒ **Other**
    ☐ 120 - Antitrust/Trade Regulation
    ☐ 121 - Business Transactions
    ☐ 122 - Constitutional Challenge - Statute or Ordinance
    ☐ 123 - Constitutional Challenge - Proposed amendment
    ☐ 124 - Corporate Trust
    ☐ 125 - Discrimination - Employment or Other
    ☐ 126 - Insurance Claims
    ☐ 127 - Intellectual Property
    ☒ 128 - Libel/Slander
    ☐ 129 - Shareholder Derivative Action
    ☐ 130 - Securities Litigation
    ☐ 131 - Trade Secrets
    ☐ 132 - Trust Litigation
☐ **133 - Other Civil Complaint**
    ☐ 009 - Bond Estreature
    ☐ 014 - Replevin
    ☐ 024 - Witness Protection
    ☐ 080 - Declaratory Judgment
    ☐ 081 - Injunctive Relief
    ☐ 082 - Equitable Relief
    ☐ 083 - Construction Lien
    ☐ 084 - Petition for Adversary Preliminary Hearing
    ☐ 085 - Civil Forfeiture
    ☐ 086 - Voluntary Binding Arbitration
    ☐ 087 - Personal Injury Protection (PIP)

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☒ No ☐

REMEDIES SOUGHT (check all that apply):

☒        monetary;

☒        non-monetary declaratory or injunctive relief;

☐ .      punitive

NUMBER OF CAUSES OF ACTION: [ 5 ]
Count I – Defamation Per Se (Mr. Tabraue); Count II – Defamation by Implication (Mr. Tabraue);
Count III – Defamation Per Se (ZWF); Count IV – Defamation by Implication (ZWF); and
Count V – Violation of §501.201, *et seq.* Fla. Stat. – Florida's Deceptive & Unfair Trade Practices Act (All Defendants)

IS THIS CASE A CLASS ACTION LAWSUIT?

☐ Yes

☒ No

HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?

☒ No

☐ Yes   If "Yes", list all related cases by name, case number, and court.

_____

_____

_____

IS JURY TRIAL DEMANDED IN COMPLAINT?

☒ Yes

☐ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature _____ Florida Bar # _____15228_____
            Attorney or party                                    (Bar # if attorney)

_____Diana L. Fitzgerald_____            _____August 12, 2015_____
(type or print name)                          Date

Filing # 30805312 E-Filed 08/12/2015 06:02:14 PM

<table>
<tr><td></td><td>IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA</td></tr>
<tr><td>ZOOLOGICAL WILDLIFE FOUNDATION, INC., a Florida corporation, and MARIO TABRAUE, an individual,</td><td>CIRCUIT CIVIL DIVISION<br><br>CASE NO.:</td></tr>
<tr><td>Plaintiffs,</td><td></td></tr>
<tr><td>v.</td><td></td></tr>
<tr><td>THE HUMANE SOCIETY OF THE UNITED STATES, INC.,</td><td></td></tr>
<tr><td>Defendant.<br>_____/</td><td></td></tr>
</table>

### COMPLAINT

Comes now, Zoological Wildlife Foundation, Inc. and Mario Tabraue, who sue The Humane Society of the United States, Inc. and in support state:

1.     This is an action for injunctive relief and damages in excess of $15,000, exclusive of interest, attorney's fees and costs.

2.     Plaintiff Zoological Wildlife Foundation, Inc., is a Florida corporation having its principal place of business located in Miami-Dade County, Florida.

3.     Plaintiff Mario Tabraue, is an individual residing in Miami-Dade County, Florida, and is *sui juris*.

4.     Defendant The Humane Society of the United States, Inc. ("HSUS"), is a foreign not for profit corporation registered with the Secretary of State to do business in Florida, and has a principal place of business in Washington, D.C.

1

5.      Defendant HSUS is subject to personal jurisdiction in Florida because it conducted business in this State and committed certain acts which form the basis for this suit in the State of Florida.

6.      Venue is proper in Miami-Dade County because Defendant HSUS committed certain overt acts in Miami-Dade as stated herein.

7.      All conditions precedent to the filing of this lawsuit have been performed, satisfied and/or waived.

8.      Plaintiffs have retained the undersigned law firm to represent them in this action and have agreed and are obligated to pay a reasonable fee for its services.

## RELEVANT BACKGROUND

9.      Defendant HSUS holds itself out as an animal protection organization and states its mission is to prevent animal cruelty, exploitation and neglect.  Despite media and name confusion, Defendant HSUS has <u>no</u> affiliation with local humane societies.

10.     Defendant HSUS often crosses the line in pursuit of its mission, leading some to describe HSUS as a radical animal rights group that inaccurately portrays itself as a mainstream animal care organization.

11.     Defendant HSUS's overzealousness is evident in its stance against certain zoo accreditation organizations.  Zoo accreditation organizations provide recognition and approval of zoos according to each particular organization's standards.  **However, zoo accreditation organizations are not responsible for monitoring or implementing the legal standards for animal welfare.**

12.     Instead, the United States Department of Agriculture ("USDA") is responsible for regulating legal standards for animal welfare, and for regulating and inspecting all zoo facilities,

2

including members of zoo accreditation organizations, and it does so under one uniformed standard by enforcing the Animal Welfare Act and Regulations.

13.     Even though the USDA is responsible for enforcing animal care and welfare standards under the Animal Welfare Act and Regulations, Defendant HSUS has specifically targeted the Zoological Association of America ("ZAA"), a national zoo accreditation organization, and its members with virtually a paramilitary onslaught of attacks for what it deems are unsuitable animal welfare standards.

14.     In its efforts to discredit the ZAA and its member zoos, Defendant HSUS endorsed a larger national zoo accreditation organization, and competitor of ZAA, the Association of Zoos and Aquariums ("AZA").  HSUS advocates that somehow AZA is the only acceptable zoo accreditation organization for purposes of animal welfare standards.

15.     In a particularly egregious case, HSUS's has directed its vitriol against Plaintiff Zoological Wildlife Foundation ("ZWF") and its principal, Plaintiff Mario Tabraue ("Mr. Tabraue").  ZWF is a well-respected, ZAA-accredited zoo that is dedicated to wildlife education and conservation to ensure a future for threatened and endangered species that might otherwise be extinct.   True to its conservation efforts, ZWF often provides a home for abandoned, abused, orphaned, and injured wildlife.

16.     Mr. Tabraue is the co-founder, president, and part owner of the ZWF.  He has devoted his adult life to the care and advocacy of endangered animals, including the rescue, rehabilitation and release of Florida native wildlife.  Through his life working with animals and their welfare, Mr. Tabraue has developed expertise in animal conservation and breeding of several species of rare and endangered animals.

3

17.     Neither ZWF nor Mr. Tabraue did anything to become a HSUS focal point in its smear campaign against ZAA.  While ZWF's owner, Mr. Tabraue, was convicted of drug-related crimes 30 years ago, he served his time, and operates ZWF in the best interests of the animals under his care.

### HSUS' SELF-SERVING DEFAMATORY PUBLICATION

18.     As part of its smear campaign against ZAA, Defendant HSUS created a publication entitled "Zoological Association of America – Analytical Report of Standards, Practices, and Facilities" ("HSUS Publication"), which it updates periodically.  Contrary to its benign title, the HSUS Publication is anything but analytical.  Instead, it is a wholly biased report that discredits ZAA's standards and members.

19.     The biased nature of the HSUS Publication becomes self-evident in its attack on ZWF and Mr. Tabraue by using Mr. Tabraue's past, false statements, and blatant false implications as part of the anti-ZAA campaign.  However, in so doing, HSUS threw caution to the wind, and defamed Mr. Tabraue and ZWF.

20.     On the second page of the report, a reader of the report encounters the following heading:  "Concerns about ZAA's facilities, members, and activities include the following, which are detailed in Appendix 1".  The first bullet point on that page identifies one of those concerns as "Individuals convicted of felonies, wildlife trafficking, and cruelty to animals".

21.     Appendix 1 of the most recent version of the HSUS Publication, entitled, "Problems with ZAA facilities and members," states the following concerning ZWF and Mr. Tabraue:

> Mario Tabraue, owner of Zoological Wildlife Foundation in Florida, was released from prison in 2000 after serving just 12 years of a 100-year sentence. Tabraue, described by a federal agent as a "ruthless and violent drug dealer," had been charged in a federal racketeering indictment that included murder, drug

4

trafficking, corruption, and obstruction of justice. Tabraue used a machete and circular saw to cut up the body of a murdered federal informant. Before his arrest, **Tabraue used an exotic animal business as a front for his drug trafficking.**

(Emphasis added). Attached hereto as **Exhibit A** is the HSUS Publication indicating it was last updated March 24, 2015.

22.    Defendant HSUS's statement that prior to his arrest, "Tabraue used an exotic animal business as a front for his drug trafficking" is false. Not only is Defendant HSUS's statement false, but it falsely imputes to ZWF that is was, and still is, being used as a front for illegal activity, and falsely imputes to Mr. Tabraue his involvement therein.

23.    Appendix I of the HSUS Publication includes allegations of other members and facilities that HSUS contends committed acts of animal cruelty, including animal slaughtering. By listing Mr. Tabraue and ZWF among these accusations, HSUS implies that Mr. Tabraue is incapable of caring for animals, and that ZWF is not a reputable zoo. These implications are also false.

24.    Compounding these defamatory statements and implications is the general context of the HSUS Publication, which is to discredit the ZAA and its member zoos. Of no importance to Defendant HSUS was whether the statements and implications it made against Mr. Tabraue and ZWF were true.

25.    The HSUS Publication was and continues to be in circulation to the general public, and is specifically used by HSUS as propaganda in its attempt to change legislation or lobby to ZAA's detriment and for its own gain.

## COUNT I
### DEFAMATION PER SE
### (Mr. Tabraue)

26.    Plaintiffs reallege and incorporate ¶¶ 1 through 25 as if fully set forth herein.

27. Defendant HSUS published false statements about Mr. Tabraue when it published and distributed the HSUS Publication to persons across the United States.

28. Specifically, HSUS published the following false statement: "Tabraue used an exotic animal business as a front for his drug trafficking."

29. The falsity of the statement has caused Mr. Tabraue to suffer damages, including but not limited to, damage to his reputation, mental anguish, public ridicule, emotional stress, embarrassment, and humiliation.

30. Because the natural and necessary result of the false statement imputes to Mr. Tabraue the commission of a crime (i.e. using an exotic animal business as a front for drug trafficking), which tends to subject him to hatred, distrust, contempt, or disgrace, tends to injure Mr. Tabraue in his trade or profession, or otherwise imputes to Mr. Tabraue a character incompatible with the lawful operation of his business, the statement is actionable *per se*, and therefore his damages are presumed.

31. The above described publication was communicated by Defendant HSUS with malice, oppression or fraud in that Defendant HSUS knew the communications were false when made and made the statements with the intention to harm Mr. Tabraue.

WHEREFORE, Mr. Tabraue respectfully requests that this Court enter judgment against Defendant HSUS for injunctive relief, general damages, special damages, and emotional distress damages, and for such further and other relief this Court deems just and equitable. Mr. Tabraue may seek leave to add a claim for punitive damages at the appropriate stage of this proceeding.

## COUNT II
## DEFAMATION BY IMPLICATION
### (Mr. Tabraue)

32. Plaintiffs reallege and incorporate ¶¶ 1 through 25 as if fully set forth herein.

6

33.     Defendant HSUS published the HSUS Publication wherein HSUS lists Mr. Tabraue among a group of persons who have allegedly committed acts of animal cruelty and other illegal and inhumane acts, to suggest that Mr. Tabraue also commits acts of cruelty against the animals in his care.

34.     The HSUS Publication published the following statements about Mr. Tabraue's 30-year old criminal conviction:

> Mario Tabraue, owner of Zoological Wildlife Foundation in Florida, was released from prison in 2000 after serving just 12 years of a 100-year sentence. Tabraue, described by a federal agent as a "ruthless and violent drug dealer," has been charged in a federal racketeering indictment that included murder, drug trafficking, corruption, and obstruction of justice. Tabraue used a machete and circular saw to cut up the body of a murdered federal informant.

35.     Defendant HSUS published these statements to falsely imply that Mr. Tabraue is a dangerous criminal to discredit his reputation as a knowledgeable zoo business owner, and imply that he is incapable of operating a zoo and/or is endangering the animals under his care. The implication is defamatory and false, and the statements are not privileged

36.     The HSUS Publication was published and distributed to persons across the United States.

37.     Defendant HSUS failed to exercise reasonable care when it published the statements concerning Mr. Tabraue.

38.     The falsity and disparaging nature of the statements have caused Mr. Tabraue to suffer damages, including but not limited to, damage to his reputation, mental anguish, public ridicule, emotional stress, embarrassment, and humiliation.

39.     The above described publication was communicated by Defendant HSUS with malice, oppression or fraud in that Defendant HSUS knew the communications were false when made and made the statements with the intention to harm Mr. Tabraue.

7

WHEREFORE, Mr. Tabraue respectfully requests that this Court enter judgment against Defendant HSUS for injunctive relief, general damages, special damages, and emotional distress damages, and for such further and other relief this Court deems just and equitable.  Mr. Tabraue may seek leave to add a claim for punitive damages at the appropriate stage of this proceeding.

## COUNT III
## DEFAMATION PER SE
## (ZWF)

40.     Plaintiffs reallege and incorporate ¶¶ 1 through 25 as if fully set forth herein.

41.     Defendant HSUS published false statements about ZWF when it published and distributed the HSUS Publication to persons across the United States.

42.     Specifically, Defendant HSUS published the following false statement concerning ZWF's principal: "Tabraue used an exotic animal business as a front for his drug trafficking."

43.     Because the natural and necessary result of the false statement imputes to ZWF that it is being used for illegal activity (i.e. using an exotic animal business as a front for drug trafficking), which tends to subject ZWF to hatred, distrust, contempt, or disgrace, tends to injure ZWF's business, or otherwise imputes to ZWF the unlawful operation of its business, the statement is actionable *per se*, and therefore its damages are presumed.

44.     The above described publication was communicated by Defendant HSUS with malice, oppression or fraud in that Defendant HSUS knew the communications were false when made and made the statements with the intention to harm ZWF.

WHEREFORE, ZWF respectfully requests that this Court enter judgment against Defendant HSUS for injunctive relief, general damages, special damages, and for such further and other relief this Court deems just and equitable.  ZWF may seek leave to add a claim for punitive damages at the appropriate stage of this proceeding.

## COUNT IV
## DEFAMATION BY IMPLICATION
### (ZWF)

45.     Plaintiffs reallege and incorporate ¶¶ 1 through 25 as if fully set forth herein.

46.     Defendant HSUS published the HSUS Publication wherein HSUS lists ZWF among a group of facilities that Defendant HSUS has associated with acts of animal cruelty and other illegal and inhumane acts, to suggest that ZWF is also associated with animal cruelty.

47.     The HSUS Publication published the following statements about ZWF's owner's 30-year old criminal conviction:

> Mario Tabraue, owner of Zoological Wildlife Foundation in Florida, was released from prison in 2000 after serving just 12 years of a 100-year sentence. Tabraue, described by a federal agent as a "ruthless and violent drug dealer," has been charged in a federal racketeering indictment that included murder, drug trafficking, corruption, and obstruction of justice. Tabraue used a machete and circular saw to cut up the body of a murdered federal informant.

48.     Defendant HSUS published these statements to falsely imply that ZWF is currently being used for the commission of illegal acts and it is not reputable, and to discredit its reputation as a well-respected zoo that is dedicated to wildlife education and conservation. The implication is defamatory and false, and the statements are not privileged.

49.     The HSUS Publication was published and distributed to persons across the United States.

50.     Defendant HSUS failed to exercise reasonable care when it published the statements concerning Mr. Tabraue.

51.     The falsity and disparaging nature of the statements have caused ZWF to suffer damages, including but not limited to, damage to its reputation, public ridicule, embarrassment, and humiliation.

9

52.     The above described publication was communicated by Defendant HSUS with malice, oppression or fraud in that Defendant HSUS knew the communications were false when made and made the statements with the intention to harm ZWF.

WHEREFORE, ZWF respectfully requests that this Court enter judgment against Defendant HSUS for injunctive relief, general damages, special damages, and for such further and other relief this Court deems just and equitable.  ZWF may seek leave to add a claim for punitive damages at the appropriate stage of this proceeding.

## COUNT V
## VIOLATION OF § 501.201, *et seq.* Fla. Stat.
## FLORIDA'S DECEPTIVE & UNFAIR TRADE PRACTICES ACT
### (All Defendants)

53.     Plaintiffs reallege and incorporate ¶¶ 1 through 25 as if fully set forth herein.

54.     This is a statutory action against Defendant HSUS for violations of Section 501.204, Florida Statutes, Florida's Deceptive and Unfair Trade Practices Act ("FDUTPA").

55.     Under FDUTPA, "[u]nfair methods of competition, unconscionable acts or practices, and unfair or deceptive acts or practices in the conduct of any trade or commerce are hereby declared unlawful."

56.     Plaintiffs are consumers as defined in section 501.203(7), Florida Statutes, and thus have standing to assert a violation of the Act.

57.     Defendant HSUS engaged in deceptive and unfair conduct in violation of Section 501.204, Florida Statutes when it deceived the public and government officials by directly and indirectly making false statements about Plaintiffs as set forth in Counts I-IV herein, and possibly others, for Defendant HSUS's own interests to advance its agenda, and to discredit ZAA and its members.

58.     As a result of Defendant HSUS's violations stated herein, Plaintiffs have suffered

10

and will continue to suffer damages.

59.    Plaintiffs are entitled to recover their costs, including attorneys' fees under Section 501.2105, Florida Statutes.

**WHEREFORE,** Plaintiffs respectfully request that this Court enter judgment in their favor and against Defendant HSUS, for injunctive relief, damages, attorneys' fees and costs, and for such further and other relief as the Court deems appropriate.

**DEMAND FOR JURY TRIAL**

Plaintiffs demand a jury trial of all claims so triable.

Dated: August 12, 2015                    Respectfully submitted,

Fitzgerald & Isaacson, LLP
1001 Brickell Bay Drive, Suite 1714
Miami, FL 33131
Telephone: (305) 372-7300
Fax: (305) 372-8150
*Attorneys for Plaintiffs*

By:  s/Diana L. Fitzgerald

Diana L. Fitzgerald, Esq.
Florida Bar No. 15228
Primary Email: Diana@FILawyers.com
Secondary Email: Victoria@FILawyers.com
David C. Isaacson, Esq.
Florida Bar No. 81691
Primary Email: David@FILawyers.com
Secondary Email: Ricardo@FILawyers.com



# Zoological Association of America
## Analytical Report of Standards, Practices, and Facilities

Exempting the Zoological Association of America (ZAA) severely weakens laws and regulations intended to restrict the private possession of dangerous wild animals to qualified facilities

THE HUMANE SOCIETY
OF THE UNITED STATES

"[Expanding permission to ZAA facilities to keep large carnivores in Michigan] could lead to gaps in public health protection and animal welfare."

Michigan Governor Rick Snyder, in vetoing changes to Michigan's Large Carnivore Act[1]

Last updated: March 24, 2015

EXHIBIT "A"

# Zoological Association of America
## Analytical Report of Standards, Practices, and Facilities

The deceptively-named Zoological Association of America (ZAA) is a fringe group with weak standards that endorses poorly run roadside zoos, traveling zoos, and private menageries, and promotes the private ownership of exotic pets as well as the commercialization of wildlife. Despite threats to public safety and animal welfare, ZAA standards allow public contact with dangerous wild animals. In 2011-2013, attempts to exempt ZAA facilities from state dangerous wild animal laws were defeated in Louisiana, Michigan, and Texas, as was a proposed regulation to exempt ZAA from the California Restricted Species Law.   ZAA has no affiliation with the highly respected Association of Zoos and Aquariums (AZA), which has a long history of setting industry standards for zoological institutions.

### ZAA's Exploitation of Tigers

Rampant breeding and exhibition of tigers, particularly white tigers, is popular with ZAA, despite the fact that it serves no conservation purpose and even undermines conservation efforts. One ZAA facility offers close encounters with a liger (a tiger-lion hybrid), which is unhealthy for the animal and equally damaging to conservation. White tigers are not a sub-species, but simply an aberrant color variation of Bengal tigers. All captive white tigers are inbred and many suffer serious congenital defects, such as shrunken hearts, kidney ailments, cataracts, club feet, and crippling hip dysplasia. The Association of Zoos and Aquariums (AZA) Tiger Species Survival Plan condemns the breeding of white tigers.

The ZAA opposes a regulation proposed by the U.S. Fish & Wildlife Service that would provide an important monitoring tool to help prevent captive tigers in the U.S. (estimated to be in the thousands) from fueling the illegal black market for tiger parts.[5] Such opposition demonstrates a callous disregard for conservation and welfare issues.

### Concerns about ZAA's facilities, members, and activities include the following, which are detailed in Appendix 1:

- Individuals convicted of felonies, wildlife trafficking, and cruelty to animals
- Animal attacks and escapes
- Allowing the public to have direct and unsafe contact with dangerous wild animals
- Disposing of unwanted wild animals in harmful and irresponsible ways
- Inexperienced staff and insufficient staffing levels
- Numerous USDA fines and official warnings for serious and chronic problems
- Serious welfare concerns found at ZAA facilities include:
  - inadequate veterinary care
  - inhumane methods of euthanasia
  - inadequate feeding
  - filthy drinking water
  - lack of shelter from sunlight and the elements
  - cramped, undersized, and filthy enclosures
  - little to no environmental enrichment
  - depriving newborn bears, big cats, and primates of maternal care
  - subjecting big cats to declawing—a procedure that does not comply with the federal Animal Welfare Act requirements for adequate veterinary care because it causes considerable pain and chronic health problems

### ZAA standards pale in comparison to AZA standards, as detailed in Appendix 2:

ZAA's vague accreditation standards allow conditions that were common at zoos 30 or 40 years ago, but which are totally inconsistent with modern animal care practices. On the other hand, the AZA has a rigorous and comprehensive accreditation process as well as strong standards and policies to address safety, provide for animal health and welfare that greatly exceeds the minimum standards of the federal Animal Welfare Act, ensure fiscal responsibility, and prevent wild animals from entering the pet trade and canned hunting facilities.

# ZAA's Abusive Treatment of Tiger Cubs



This tiger cub, used for public handling, was punched, slapped, dragged, and choked as a means to make him cooperate during photo sessions.

In 2014, HSUS conducted undercover investigations at two roadside zoos—Tiger Safari (TS) in Oklahoma, owned by Bill Meadows and accredited by ZAA affiliate Feline Conservation Federation, and Natural Bridge Zoo (NBZ) in Virginia, owned by ZAA professional members Karl and Debbie Mogensen. Both facilities use tigers supplied by ZAA-accredited Myrtle Beach Safari (a.k.a. T.I.G.E.R.S.) owned by ZAA professional member Kevin Antle in South Carolina. Antle is a tiger breeder who warehouses dozens of tigers in box stalls in a horse barn and offers public contact with tigers, chimpanzees, orangutans, and other dangerous wild animals.

TS, NBZ, and MBS are among many ZAA members and affiliates that breed and acquire tigers for the sole purpose of using cubs for photo ops with the public.



These tiger cubs, infected with ringworm, were used for public handling.



This 3-week-old tiger cub, infected with ringworm, was handled by 27 people at TS on the very day that she endured a 19-hour car ride from MBS.

The investigations of ZAA members and affiliates revealed:

- Food deprivation and excessive hunger, which caused the cubs a great deal of stress and frustration, was used to control the cubs while they were handled by children and adults.
- The cubs were fed a nutritionally-deficient diet, which could cause metabolic bone disease, a common ailment of privately owned, hand-reared tiger cubs.
- During the nearly 5-month investigation, the cubs at NBZ were never seen by a veterinarian and TS blatantly ignored veterinary recommendations to provide the cubs with a proper diet and vet care.
- The cubs were handled by dozens of people daily, which disrupted their sleep and rest.
- The public handled cubs infected with ringworm, coccidia, and giardia.
- The cubs were routinely subjected to physical abuse, such as being hit, smacked, punched, choked, and dragged.



A tiger cub, used for public handling, is being hit on the face.

Public handling began at TS and NBZ when the tigers cubs were 3 to 4 weeks of age respectively. At such a young age, the cubs are especially vulnerable to illness because their immune systems are not yet developed. Since the cubs were pulled from their mothers during birth, they were also deprived of the benefit of maternal antibodies contained in mother's milk.

The tigers continued to be used for public handling until they were more than 17 weeks old, weighed close to 50 pounds, and were considerably more dangerous and difficult to handle.



A juvenile tiger weighing nearly 50 pounds is used for public handling.

# Experts Oppose Public Contact with Big Cats

Agitated tiger cubs bite at members of the public.

According to Ronald Tilson, Ph.D., who coordinated the AZA Tiger Species Survival Plan from 1987 to 2011 and has decades of experience in tiger husbandry:

- Allowing public contact with animals who are often unhealthy poses a risk to public health and safety.
- Prematurely removing a big cat cub from its mother is not condoned by the majority of animal care professionals because it negatively impacts the welfare of both the cub and its mother.
- Hand-reared cubs are susceptible to behavioral disorders, causing them to display abnormal traits as adults.
- Big cats normally sleep up to 80 percent of every 24-hour day, but public handling severely interrupts this sleep cycle, causing exhaustion, anxiety, and illness.
- The business of using these animals as photographic props undermines legitimate conservation efforts.







"You take that fist and you punch him right in the nose as hard as you can."

**Bill Meadows instructing his niece to discipline tiger cubs**



A small child peeks out over the top of a juvenile tiger during a photo session.



Inches away from a baby, this juvenile tiger reaches out with his claws and knocks a bottle from a man's hand.



A tiger cub infected with coccidia and giardia has unsafe contact with infants, toddlers, and small children.



A tiger cub struggles and slips from a boy's grasp.

## Hidden dangers

The National Association of State Public Health Veterinarians recommends against public contact with wild and exotic carnivores, such as lions and tigers, because of their strength, unpredictability, and the pathogens they may carry.

In addition to documented cases of tiger cubs infected with ringworm, coccidia, and giardia being used for public handling, a significant number of captive exotic cats commonly shed *Salmonella* in their feces, including drug-resistant strains, putting those who handle the animals at risk. Further, a single bite wound from an exotic cat can spread multiple pathogens, including a *Pasteurella*-like bacteria.





# Appendix 1 – Problems with ZAA facilities and members

The photos in this section were taken at Catoctin Zoo* in Thurmont, Maryland, and Natural Bridge Zoo† in Natural Bridge, Virginia. In September 2013, The HSUS arranged for two captive wildlife experts with more than 80 years of combined experience to visit and evaluate the ZAA-accredited Catoctin Zoo*. The experts observed injured animals, inappropriate mixed-species exhibits, undersized and outdated cages, poorly designed, unhealthy, and potentially unsafe exhibits, filthy cages, dirty drinking water, soiled food bowls, a lack of enrichment for many species, and enclosures in disrepair.

During a 2014 undercover investigation of the Natural Bridge Zoo†, owned by ZAA professional members, HSUS gathered evidence demonstrating that the zoo:

- Failed to provide adequate veterinary care to sick and injured animals
- Failed to safely and humanely handle animals, causing extreme distress
- Failed to provide animals wholesome, uncontaminated food and proper nutrition
- Failed to properly clean cages—maggots, algae and mushrooms were commonly found growing in filthy enclosures
- Failed to separate animals who were not compatible, resulting in fighting, injuries, illness and death
- Failed to provide clean drinking water or any water at all
- Failed to provide enrichment for the psychological well-being of primates
- Failed to control insect bird, and rodent infestations
- Failed to properly train staff and maintain an adequate number of staff

Many of these findings were substantiated in a subsequent 27-page USDA inspection report that cited Natural Bridge Zoo† for 31 violations of the federal Animal Welfare Act.

Detailed concerns about ZAA facilities, members, and activities include the following:



This jaguar—one of two that mauled a keeper—is likely able to reach his leg through the wide gaps in the fencing.

## Attacks

- In 2014, a construction worker at the Zoological Wildlife Foundation* in Florida had his thumb bitten off by a tiger when he stuck his hand into the animal's cage. Emergency responders rushed the man to a hospital for treatment.[8]

- In 2014, several university students were bitten during a public handling session with two 3-month-old, 30-pound lion cubs at Six Flags Great Adventure* in New Jersey.[9,10]

- In 2014, a worker at McCarthy's Wildlife Sanctuary† in Florida was hospitalized in critical condition after she was bitten on the hand by a spectacled cobra while cleaning the snake's cage. Expensive antivenin for the exotic snake bite had to be flown in by Miami-Dade Fire Rescue helicopter because the facility did not keep a supply of antivenin on hand.[11,12]

- In 2013, a woman visiting Two Tails Ranch* in Florida was hospitalized

# Appendix 1 – Problems with ZAA facilities and members



A tiger is able to fit his paw through a gap in the enclosure.



Tigers can jump at least 16-feet vertically, yet this tiger was housed in an enclosure with an estimated 10-foot high fence.

with life-threatening injuries after she was attacked during unsupervised contact with an elephant.[13,14]

- In 2013, a visitor at the Montgomery Zoo* in Alabama was scratched by a jaguar who was able to reach his paw through the wires of the enclosure.[15]

- In 2010, a jaguar at the Panther Ridge Conservation Center† in Florida tore off a woman's thumb.[16]

- In 2009, an inexperienced and unsupervised animal care worker at Catoctin Zoo* in Maryland was attacked and critically injured by two jaguars.[17,18]

- In 2008, Judy Berens†, owner of Panther Ridge Conservation Center in Florida, was attacked by two cheetahs during a fundraising event and airlifted to a hospital.

- In 2008, Mark McCarthy†, owner of McCarthy's Wildlife Sanctuary in Florida, suffered bone-deep bite wounds from an adult tiger during a photo shoot for a music video. The tiger began to choke and panicked when a chain tightened around her neck and body.[19,20]

- In 2004, in two separate incidents at Wild Wilderness Safari† in Arkansas, a woman was bitten by a tiger and a worker lost two fingers when she was bitten by a chimpanzee.[21,22]

- In 2002, two workers were attacked by cougars at Wild Wilderness Safari† in Arkansas.[23,24]

## Escapes

- In 2014, a bear cub being transported by Vogel Exotics† in Minnesota broke out of a travel crate and escaped from a trailer. The facility was unaware of the escape until reaching their final destination. Local authorities captured the bear cub.[25]

- In 2014, an alligator escaped from Washington Park Zoo* in Indiana and was found at a nearby boat dealership.[26]

- In 2013, a tiger at the Montgomery Zoo* in Alabama escaped from an enclosure through a break in the fencing and was loose in the adjacent enclosure that housed gazelles and other animals for approximately 30 minutes.[27]

- In 2012, Wild Wilderness Safari† in Arkansas was cited for the seventh time in about a decade for allowing primates, including macaques, to escape and run loose in the park.[28]

- In 2012, an alligator escaped from Jo-Don Farms† in Wisconsin and was loose for several months.[29]

# Appendix 1 – Problems with ZAA facilities and members



A bent, sagging fence next to a tiger cage could easily allow a child to penetrate the public safety barrier.



This cougar was euthanized after being attacked by a wolf in an adjacent cage.

- In 2011, a baboon escaped from Six Flags Great Adventure's* drive-through park in New Jersey and was recaptured two days later at a farm 20 miles away.[30,31]

- In 2010, a 500-pound tiger, owned by Kevin Antle† and on exhibit at Jungle Island* in Florida, escaped by jumping over a 14-foot-high fence in pursuit of a primate who had also escaped and was running amok. The tiger came within 10 feet of a 2-year-old toddler and four people were hurt during the chaos.[32,33] Following the escape, Antle was cited by the USDA for housing the tiger in an enclosure that was even less secure than the one he had previously escaped from.[34]

- In 2010, a 100-pound tiger broke through Plexiglas at Tiger World† in North Carolina and passed "just feet" in front of families with young children.[35,36,37]

- In 2008, fifteen patas monkeys escaped from Safari Wilderness Ranch* in Florida by swimming across a 60-foot-wide moat and then climbing a 28-foot fence. One monkey was shot to death and it took nearly eight months to recapture the rest of them.[38,39]

- In 2008, a spider monkey escaped from Washington Park Zoo* in Indiana and was found at a nearby boat dealership.[40]

- In 2008, a lion and tiger, both adults, escaped overnight from their cage at Mark McCarthy's Wildlife Sanctuary† in Florida. Three area schools were placed on lockdown while law enforcement searched for the animals. The big cats were captured the next day.[41,42]

- In 2007, a Syrian brown bear burrowed out of an enclosure and escaped from Safari Niagara* in Canada, leading authorities on a 14-hour chase through wooded areas.[43]

- In 2005, a 500-pound Bengal tiger escaped from a cage at Panther Ridge Conservation Center† by pushing past a woman who was feeding him. More than 20 sheriff's deputies and state wildlife officers responded as the tiger wandered the grounds for more than two hours.[44]

- In 2003, two Asiatic bears escaped from their enclosure at the Natural Bridge Zoo† in Virginia. The bears broke into a nearby home and nearly attacked the homeowner. Both bears were shot and killed.[45]

## Additional safety concerns

- Oswald's Bear Ranch* in Michigan allows members of the public to handle bear cubs weighing up to 90 pounds and was cited by the USDA for using physical abuse to discipline bear cubs being used for photo opportunities with the public as well as allowing children to have unsafe contact with bear cubs.[46,47,48,49]

## Appendix 1 – Problems with ZAA facilities and members



Visitors are able to reach across inadequate safety barriers and touch capuchin monkeys and gibbons.



In many of the poorly-designed cages, animals have an opportunity to escape every time a cage door opens.

- Tanganyika Wildlife Park* in Kansas was cited by the USDA for allowing a lemur to interact with and sit on a human infant who was in a carrier on the ground, which "resulted in risk of disease transmission, injury to the public, and injury/stress [to] the animal."[50]

- Six Flags Discovery Kingdom* in California was cited by the USDA for allowing the public to have unsafe contact with an elephant, which put "the public and the animals at risk of serious consequences in the event of unanticipated behavior."[51]

- Gulf Breeze Zoo* in Florida was cited by the USDA for repeatedly failing to provide sufficient public safety barriers around primate cages.[52,53]

- Lion Habitat Ranch* in Nevada was cited by the USDA for allowing the public to have unsafe contact with adult lions.[54]

- Wild Wilderness Safari† in Arkansas was cited by the USDA for repeatedly failing to provide sufficient safety barriers, including for enclosures containing rhinos, hippos, and clouded leopards.[55]

- Zooworld* in Florida was cited by the USDA for:

  o Insufficient safety barriers that could allow members of the public access to primate and big cat cages.[56,57,58]

  o Failure to quarantine a recently acquired wild skunk—a species that is considered a significant carrier of rabies in the United States. The skunk was kept in the gift shop and taken off-site by a keeper. After one week, the skunk developed symptoms of a neurological illness and was euthanized.[59]

- Walking with Lions† in California was cited repeatedly by the USDA for allowing members of the public to have direct contact with big cats.[60]

- Have Trunk Will Travel* in California was cited by the USDA for unsafe handling of elephants while giving rides to the public.[61]

- DeYoung Family Zoo† in Michigan was cited by the USDA for having three tiger cages and a cage containing three adult lions that were "not adequate to ensure containment of the animals."[62]

### Declawing big cats

- In 2013, Dirk Arthur† in Nevada was cited for declawing two juvenile tigers and one juvenile lion, despite having been previously warned by the USDA that declawing large felids was not allowed under the Animal Welfare Act.[63]

- In 2013, Triple D Game Farm* in Montana was cited for declawing a 2-month-old tiger cub.[64]

# Appendix 1 – Problems with ZAA facilities and members



A female spider monkey caged with an aggressive male suffered a hand injury that was neglected for two weeks until the wound became badly infected.



This shockingly inhumane and outdated sun bear cage meets ZAA's inadequate standards. In contrast, the AZA-accredited Oakland Zoo provides sun bears with 1-acre of natural habitat that allows the bears to climb, dig, swim, and forage.

- In 2010, Lion Habitat Ranch* in Nevada was cited for declawing two lion cubs.[65]

- In 2009, Panther Ridge† in Florida was cited for declawing two clouded leopards.[66]

## Welfare concerns

- During a 4-day inspection conducted in January 2015 in response to an HSUS undercover investigation, the USDA cited Natural Bridge Zoo† in Virginia for 31 Animal Welfare Act violations, including:[67]
  - Inhumanely killing guinea pigs by slamming the animals on a concrete floor.
  - Failure to provide veterinary care to 35 animals with various health issues.
  - Using physical abuse on an injured DeBrazza monkey by jabbing him with sticks.
  - Allowing the public to handle tiger cubs as young as 4 weeks of age before the cubs have fully intact immune systems and are susceptible to many infectious diseases.
  - Using tiger cubs who were too big and too strong for public handling.
  - Unsafe handling of an elephant.
  - Failure to provide food and water to bears who were locked in a den from December through March in an attempt to force hibernation.
  - Failure to provide primates with minimum space and environment enrichment.
  - Filthy and cluttered conditions and a severe rodent infestation.

- In early 2015, the public learned of two preventable primate deaths at the Forest Park Zoo* in Massachusetts. A marmoset died from injuries sustained in a fight with other monkeys, and a tamarin died from exposure to cold temperatures after the zoo failed to have a back-up generator when an electrical malfunction shut off power to a heating system.[68]

- In 2014, Bearizona* in Arizona was cited repeatedly by the USDA for failure to provide adequate veterinary care to sick animals.[69,70]

- In 2014, Reston Zoo in Virginia, one of three zoos owned by Eric Mogensen†, was cited by the USDA for:[71,72]
  - Ignoring veterinary recommendations to provide urgent veterinary care to an African porcupine who was left outdoors for hours in 8-degree weather. The warm-weather porcupine subsequently died.

# Appendix 1 – Problems with ZAA facilities and members



An elderly and underweight pregnant giraffe was found dead. She had not fully recovered from giving birth to twins before being bred again.



Rather than separate incompatible monkeys, a DeBrazza monkey's teeth were filed down with a rotary grinder to prevent him from inflicting bite wounds on his cage mates. The monkey was only partially sedated and began struggling during the procedure.

- o Failure to provide adequate veterinary care to a camel who exhibited pain and lameness and was thin with hairloss over most of his body.

- o Subjecting a Scottish highland cow to unnecessary pain and distress by refusing to provide adequate veterinary care for more than a month to a progressively worsening head wound.

- In 2014, Wild Wilderness Safari† in Arkansas was cited by the USDA for repeated failure to provide numerous animals, including primates who were losing fingertips, toes, and tails to frostbite, with adequate shelter, repeated failure to provide injured animals with veterinary care, storing food in filthy and unsanitary conditions, providing animals contaminated food and water, filthy cages, and insufficient public safety barriers in all areas of the facility.[73,74,75]

- In 2014, Montgomery Zoo* in Alabama was cited by the USDA for failure to provide veterinary care to a newborn rhino who staff observed was not nursing. The calf was not separated, monitored, or offered supplemental feeding and subsequently died.[76]

- In 2014, Zooworld* in Florida was cited by the USDA for failure to feed a veterinarian-approved diet to adult big cats and cubs, failure to provide adequate environmental enrichment to a solitary lemur, failure to provide a sufficient public safety barrier around a kangaroo enclosure, and housing two newly acquired tiger cubs at locations that had not been inspected and approved.[77]

- In 2014, citing substandard conditions and failure to demonstrate that a proposed movie project would enhance the propagation or survival of endangered tigers, the U.S. Fish & Wildlife Service denied Myrtle Beach Safari's* (a.k.a. T.I.G.E.R.S.) application to export and re-import 18 tigers to and from Mexico.[78]

- In 2013, a 7-month-old lion at Wild Wilderness Safari† in Arkansas was found dead in an enclosure, apparently strangled to death by a collar an employee had left on the lion.[79]

- In 2013, Zooworld* in Florida was cited by the USDA for:[80]

- o Staff unilaterally ignoring instructions from the attending veterinarian, including feeding sugary foods to a diabetic tamarin, failing for months to provide supplements to squirrel monkeys suffering from a calcium deficiency, and feeding a lion the morning after anesthesia, which interfered with the veterinarian's ability to evaluate the lion's condition.

- o Inadequate drainage in a lion's cage that resulted in an anesthetized lion being dropped by staff while wading through knee-deep mud and causing an extremely painful injury that

# Appendix 1 – Problems with ZAA facilities and members



led to the lion's euthanasia.

## Insufficient, untrained, and unqualified staff

- In 2014, Bearizona* in Arizona was cited by the USDA for allowing an unqualified employee to administer anesthesia to a river otter.[81,82]

- Gulf Breeze Zoo* in Florida was cited by the USDA in 2014 after an untrained and unsupervised intern allowed the escape, and subsequent death, of a short-tailed opossum.[83]

- Hernando Primate* in Florida—which had been cited for filthy cages, enclosures in disrepair, unsanitary food storage, housing together incompatible species, an unsafe lion enclosure, failure to have an environmental enrichment plan for a newly acquired chimpanzee—was cited by the USDA in 2013 for having only one inexperienced employee to care for all the animals at the facility.[84]

An untrained keeper is cleaning a macaque cage wearing only gloves and no face mask, eye shields, or other protective gear, despite the danger of contracting the deadly Herpes B virus from macaques. At AZA-accredited zoos, keepers wear personal protective equipment, such as biohazard safety suits when working around many primate species.

- Citing Wild Wilderness Safari's† inadequate facilities, inexperienced staff, and inability to prevent hybridization or aggressive interactions between species, in 2011 the U.S. Fish & Wildlife Service denied a Captive-Bred Wildlife (CBW) registration application for numerous species of primates, big cats, and other animals at the Arkansas facility.[85]

- Catoctin Zoo* in Maryland was cited by the USDA in 2009 for failure to adequately train and appropriately supervise employees after a keeper who had been on the job for only two months was mauled by two jaguars.[86]

- Citing Florida-based NGALA's (a.k.a. Close-up Creatures)* inexperienced staff, the U.S. Fish & Wildlife Service denied a Captive-Bred Wildlife (CBW) registration application for numerous species of big cats in 2010.[87]



No environmental enrichment is provided to promote the psychological well-being of the many primate species kept in small, barren cages.

- Following the deaths of approximately 25 animals in a 9-month period at Animal Source Texas‡, a USDA inspector wrote on a 2010 inspection report, "Current animal care personnel do not have experience working with the exotic species brokered through this facility. This could be a contributing factor to the high number of animal deaths this facility has experienced ..."[88]

## Financial stability and succession planning

- The Bucks County Zoo (a.k.a. Animal Junction)* in Pennsylvania was a privately-owned menagerie that consisted of a collection of caged animals—including primates and a tiger cub—displayed inside a warehouse at an industrial park. Just 2½ years after opening, the zoo went out of business in October 2011. It advertised its displaced and

# Appendix 1 – Problems with ZAA facilities and members



A baby camel suffered a traumatic death by hanging after her neck became wedged in a gap between a gate and a wall.



Newborn monkeys are violently separated from their fiercely-protective mothers for sale to the pet trade.

deadly reticulated pythons and gaboon viper in *Animal Finders' Guide*, a publication that caters to the pet trade (see Appendix 3).[89] After the zoo moved out, the property owner claimed the zoo had caused more than $100,000 in damage.[90]

- Zooworld* in Florida, which keeps more than 100 animals including 10 big cats, 2 bears, 44 primates, and 2 giraffes on a 5.4-acre property, lost nearly $77,000 in 2013. The zoo was sold for $900,000 to a new owner in December 2014. Despite the zoo's long history of Animal Welfare Act violations, the new owner reduced staff by nearly half.[91]

- In 2014, county officials closed Roos-n-More*, a 3-acre zoo with 385 animals in Nevada, after an inspection revealed several violations related to operating a business on residential property. The zoo began soliciting money from the public to raise the more than $100,000 needed for upgrades in order to re-open.[92]

- Roo Ranch* in South Dakota, which opened on a whim in 2006 following a trip to Australia, closed after the death of the owner in 2009.[93]

## Inadequate space

- In 2015, the Clark County zoning commission ordered Lion Habitat Ranch* in Nevada to immediately halt breeding operations, new animal acquisitions, and public contact with lion cubs. The 6-acre backyard menagerie houses 46 lions, a giraffe, ostriches, and emus, which are more animals than its special use permit allows.[94,95]

- Nevada-based Dirk Arthur† was cited by the USDA in 2013, and again in 2014, for failure to provide minimum space to big cats who were being exhibited at a casino.[96,97]

- The Montgomery Zoo* in Alabama was cited by the USDA in 2012 for failure to provide minimum space to a surplus black bear who was kept in an undersized cage that prevented her from standing upright on her hind legs.[98]

- Catoctin Zoo* in Maryland was cited by the USDA in 2007 for failure to provide minimum space to three sun bears kept in an 8.5' x 8.5' x 8' cage in an off-exhibit area.[99]

- Buddy Jordan's† NBJ Zoological Park in Texas was cited by the USDA in 2013 for failure to provide minimum space to a male gibbon who was housed in a 4' x 4' x 4' cage.[100]

- Wildlife Wonders* in Georgia has been cited repeatedly by the USDA for failure to provide animals, including a primate, with minimum space as well as filthy, rodent-infested conditions and feeding a diseased goat carcass to wolves.[101,102]

# Appendix 1 – Problems with ZAA facilities and members



This capuchin monkey, found dead, was apparently poisoned by the careless placement of rat bait.



A sick lamb who went untreated for a week thrashed and writhed in pain for more than 40 minutes before he finally died.

- Citing Louisiana's Zoo of Acadiana's (a.k.a. Zoosiana)* inadequate space and lack of cage furnishings, in 2009 the U.S. Fish & Wildlife Service denied a Captive-Bred Wildlife (CBW) registration application for numerous species of primates, big cats, and other animals.[103]

## Disposing of animals in harmful and irresponsible ways

- William Coburn†, operator of Wild Acres Ranch and Safari Adventures* at Kalahari Resorts in Ohio uses tiger, lion, and bear cubs for public handling and has African lions and black bears slaughtered to sell their meat. Coburn has also been cited by the USDA for numerous serious violations of the Animal Welfare Act.[104,105]

- ZAA co-founder Jim Fouts† was exposed in a *60 Minutes* piece for selling endangered antelope at an auction where animals may end up at canned hunt facilities.[106]

- Buddy Jordan† has sold animals to hunting ranches and operators of exotic-animal auctions and is on the board of directors of the Exotic Wildlife Association, a group that advocates for canned hunting of rare and endangered species.[107,108]

- Bearizona* in Arizona transferred a black bear to Lee Greenly, owner of Minnesota Wildlife Connections, who had previously allowed a customer to illegally kill a captive-reared black bear contained in a 3-acre enclosure with a bow-and-arrow.[109] Greenly also pleaded guilty to two felony counts of aiding hunters to kill wild bears at baiting stations that he maintained illegally inside a national wildlife refuge. Greenly's USDA license was revoked for more than a dozen violations, including failure to provide adequate veterinary care and mishandling animals.[110]

- Zooworld* in Florida placed a "free to good home" classified ad for a 7-year-old cougar in *Animal Finders' Guide*, a publication that caters to the exotic pet trade (see Appendix 3).[111]

- Wildlife World Zoo* in Arizona transferred a tiger cub to a roadside zoo in Pennsylvania and sent five New Guinea singing dogs to a roadside facility in Oklahoma.[112,113] Both facilities had been repeatedly cited by the USDA for failing to provide animals with veterinary care.[114,115]

- Nevada-based Dirk Arthur† sent three tigers and one leopard to a Colorado roadside zoo with pending USDA charges that include failure to provide adequate veterinary care, improper and unsafe handling, and filthy and deteriorating conditions.[116,117,118]

- Living Treasures Animal Park† in Pennsylvania sent a 4-week-old tiger

# Appendix 1 – Problems with ZAA facilities and members



This mandrill bled to death just hours after the owner observed, and then ignored, a fresh wound inflicted by a cage-mate.



This tiger cub had access to an exposed electrical outlet with no face plate, posing a risk of electrocution.

to Plumpton Park Zoo in Maryland (a facility that has accumulated 109 USDA violations since 2006). The tiger was kept in a keeper's home and died a few months later after ingesting plastic materials and cloth. A necropsy revealed the tiger was anemic, had a heavy flea infestation, and suffered from metabolic bone disease, which is often associated with an improper diet.[119,120]

- Tiger World† in North Carolina sent two tigers to Conservators' Center† in North Carolina with the knowledge that they would be sent to an unstable environment at the Baghdad Zoo while Iraq was embroiled in military conflict and many citizens were without access to basic necessities.[121]

## Criminal records

- Mario Tabraue†, owner of Zoological Wildlife Foundation* in Florida, was released from prison in 2000 after serving just 12 years of a 100-year sentence. Tabraue, described by a federal agent as a "ruthless and violent drug dealer," had been charged in a federal racketeering indictment that included murder, drug trafficking, corruption, and obstruction of justice. Tabraue used a machete and circular saw to cut up the body of a murdered federal informant. Before his arrest, Tabraue used an exotic animal business as a front for his drug trafficking.[122]

- Meghan Mogensen, director of Reston Zoo in Virginia—one of three zoos owned by Eric Mogensen†—pleaded guilty in 2013 to cruelty to animals and was sentenced to one month in jail after she was charged with drowning a sick wallaby as well as possession of ketamine, a controlled substance.[123,124,125]

- In 2002, Tim Rivers† of Animals in Motion was sentenced to six months in federal prison for selling endangered big cats, including a tiger and leopards, to an animal-slaughter ring. Rivers, who has admitted to at least nine arrests related to cruelty to animals, toured the country for years with an act that forced a mule to jump from a 30-foot ramp into a pool.[126,127]

## Unprofessional conduct

- Lex Salisbury†, former president of Tampa's Lowry Park Zoo, was forced to resign in 2008 and the zoo temporarily lost its AZA accreditation when an audit concluded that Salisbury owed more than $200,000 to the city for taking the zoo's animals and equipment to his private ZAA properties, making zoo employees work for his personal ZAA business venture, giving himself an unauthorized bonus, and taking his wife on expensive zoo-funded trips. As of 2013, Salisbury was a member of the ZAA board of directors.[128,129]

# Appendix 1 – Problems with ZAA facilities and members



This elephant is used for rides and other public contact, despite a history of aggressive behavior. Elephants are highly social, yet she is housed alone.

- In October 2011, Johnny Martinez†, then ZAA board member and director of the Washington Park Zoo*, was suspended by Michigan City, Indiana, officials after he used the zoo for a personal after-hours party during which the doors to the primate house were left open, allowing temperatures to fall into the low 60s, and party-goers consumed concessions without paying for them and left the grounds littered with trash.[130] In September 2014, Martinez was fired from the Washington Park Zoo* and was subsequently hired by Natural Bridge Zoo† in Virginia.[131,132]

- In 2008, Safari Niagara* in Canada was fined $2,000 after pleading guilty to making a false statement to a conservation officer regarding native wildlife kept at the facility.[133]

## USDA Enforcement Actions

- In 2014, the USDA fined Montgomery Zoo* in Alabama $8,107 for the escape of a tiger and a hyena from poorly maintained cages, a barn fire that killed two goats, allowing unsupervised contact with animals in the petting zoo, and failure to repair rusty primate cages.[134]

- In 2014, the USDA fined Two Tails Ranch* in Florida $857 after an elephant attacked a visitor who was taking photos of the elephant. The woman was hospitalized for months with life-threatening injuries. Facility owner Patricia Zerbini† failed to report the incident to authorities.[135,136]

- In 2014, the USDA issued an Official Warning against Nevada-based Dirk Arthur† for housing a snow leopard in a flimsy, rusty cage with broken welds that may not contain the animal and leaving a collar and chain on a caged bobcat, which became entangled on a bolt and created an obvious hazard for the bobcat.[137,138]

- In 2013, the USDA issued an Official Warning against Triple D Game Farm* in Montana for subjecting a 2-month old tiger to declawing—a procedure that "can cause ongoing pain, discomfort, or other pathological conditions" in violation of veterinary care regulations.[139,140]

- In 2013, the USDA fined Zooworld* in Florida $1,571 after a 5-month-old giraffe sustained cervical injuries due to unsafe conditions and was euthanized, having an insufficient public safety barrier at the dingo enclosure, a muddy tiger enclosure, and rodent-infested conditions in primate and bear enclosures.[141]

- In 2013, the USDA issued an Official Warning against Capital of Texas Zoo* for failure to provide veterinary care to underweight animals, repeated failure to maintain facilities in good repair, repeated failure to feed animals an appropriate diet, repeated failure to keep premises

# Appendix 1 – Problems with ZAA facilities and members

"[The ZAA is] an advocacy group for private (animal) owners that does not represent the national or international zoo and aquarium profession."

Steve H. Taylor, director, Cleveland Metroparks Zoo[6]

"Most of these [ZAA facilities] are what I refer to as 'roadside menageries.'"

Mark Reed, director, Sedgwick County Zoo[7]

- clean and in good repair, and inadequate pest control.[142]

- In 2013, the USDA issued an Official Warning against Wildlife World Zoo* in Arizona for failure to safely handle a 3-month-old tiger cub brought to a television studio and failure to maintain facilities to protect the animals from injury and contain the animals.[143]

- In 2013, the USDA issued an Official Warning against Susan Bradshaw† of Zooville USA in Florida for repeated failure to provide animals with clean drinking water and remove excess accumulations of feces from numerous cages.[144]

- In 2013, the USDA issued an Official Warning against Scott Edwards† of Sharkarosa Exotic Park in Texas for failure to provide animals with clean drinking water and repeated failure to maintain the perimeter fence, which may have allowed predators to enter the property and kill numerous animals.[145,146]

- In 2012, Catoctin Wildlife Zoo* in Maryland, was fined $12,000 by the USDA to settle charges of repeatedly violating the veterinary care, handling, housing, and husbandry standards of the federal Animal Welfare Act.[147,148]

- In 2012, Animal Source Texas‡ was fined $59,777 by the USDA to settle charges of repeatedly failing to provide veterinary care, including to animals in obvious distress, and inexperienced staff that may have contributed to the deaths of 25 animals in a 9-month period.[149,150,151]

- In 2012, the USDA issued an Official Warning against Leesburg Animal Park, operated by Shirley Johnson† in Virginia for repeated failure to construct a perimeter fence of sufficient height.[152]

- In 2012, the USDA issued an Official Warning against Jungle Island* in Florida for failure to construct and maintain cages to safely contain a gibbon and a tiger who had both escaped, and failure to have a responsible adult available to conduct an animal welfare inspection.[153]

- In 2011, the USDA fined Panther Ridge in Florida, owned by Judy Berens†, $2,786 for allowing a member of the public to pet a jaguar through its enclosure, resulting in the jaguar biting the woman's thumb.[154]

- In 2011, the USDA fined Tiger World in North Carolina, owned by Lea Jaunakais†, $2,571 for a tiger escape.[155]

- In 2011, the USDA issued an Official Warning against Six Flags* in New Jersey for the escape of two baboons.[156]

- In 2010, the USDA issued an Official Warning against Hemker Zoo* in Minnesota for repeated failure to maintain enclosures in good repair

# Appendix 1 – Problems with ZAA facilities and members

to protect animals from injury and failure to provide animals with shelter from sunlight and inclement weather.[157]

- In a 2009 USDA administrative court proceeding, Mario Tabrauet†, owner of Zoological Wildlife Foundation*, admitted to providing falsified documents and making false statements to the USDA while helping an unlicensed individual acquire a tiger.[158]

*Currently or recently identified as an accredited facility. Accredited facilities can vote for the Board of Directors.
†Individual, facility owner, or facility representative currently or recently identified as a professional member. Professional members can vote, run for the Board of Directors, and conduct facility inspections. Professional members are sponsored by two individuals and approved by the Board of Directors.
‡Currently or recently identified as a commercial member.

## Appendix 2 – AZA standards versus ZAA standards

Accreditation by the Association of Zoos & Aquariums (AZA) ensures that highly qualified, knowledgeable, and experienced professionals provide care for animals in a safe and secure environment at modern facilities. In contrast, the deceptively-named Zoological Association of America (ZAA) has weak standards, accredits poorly run roadside zoos and private menageries, and promotes the private ownership of exotic pets and the commercialization of wildlife. The chart below illustrates a few important differences between the two organizations.

| | AZA | ZAA |
|---|---|---|
| Year established | 1924[159] | 2005[160] |
| Accredited Facilities | 223[161] (primarily city-run zoos or zoos operated by a non-profit zoological society). | 57[162] (primarily privately-owned roadside zoos and menageries). |
| Mission | "Provides members the services, high standards and best practices needed to be leaders and innovators in animal care, wildlife conservation and science, conservation education, the guest experience, and community engagement."[163] | One stated purpose of ZAA is to "Protect and defend the right to own exotic and domestic animals, both privately and publicly ..."[164] |
| Accreditation Application | A comprehensive 29-page document that requires detailed information about the facility's animals,[165] veterinary care,[166] physical facilities,[167] safety and security,[168] conservation,[169] education,[170] research,[171] governing authority,[172] staff,[173] operating budget and sources of funding,[174] and also requires copies of the facility's policies, procedures, records, lists, and reports. | A simple 9-page document that requires the candidate to provide basic contact information as well as very minimal information about the facility's animals, physical site, and programs, only three short questions about safety, as well as a section dedicated to hunting ranches seeking ZAA accreditation.[175] |
| Insurance | Insurance required covering visitors, staff, volunteers/docents, and physical facilities.[176] | No reference to insurance in its standards or accreditation application. |
| Fiscal responsibility | Institution must demonstrate financial stability.[177] | No reference to financial stability, operating budgets, or funding sources. |
| Inspection process for new facilities | A team of specially-trained inspectors, including at least one veterinarian as well as animal and operations experts spends several days visiting every area of an applicant's facility, interviewing staff, checking records, reviewing protocols, ensuring financial stability, and examining physical facilities and animals.[178] | Two ZAA professional members (which could include convicted felons or owners of facilities with serious and chronic Animal Welfare Act violations) separately evaluate the facility.[179] |
| Inspection process for re-accreditation | Each facility must go through the entire accreditation process every five years to ensure that facilities are maintaining the highest standards of animal care.[180] | Re-accreditation requires only one inspector.[181] |

| | AZA | ZAA |
|---|---|---|
| Safety and security for potentially dangerous large carnivores, large reptiles, medium to large primates, and large hoofstock | • Alarm systems in place for animals posing serious threat of catastrophic injury and/or death.[182]<br>• Protocols and procedures in place to notify staff in the event of a bite injury, attack, or escape.<br>• Conducts routine emergency drills to insure procedures are followed in the event of an attack or escape.<br>• Submits a written report to AZA within 30 days of an escape or serious injury, detailing the incident and describing actions taken by the facility, and may result in a special inspection.[183] | The 2015 animal care standards (although copied in part from AZA) do not specifically include safety standards for inherently dangerous large carnivores, large reptiles, medium to large primates, or large hoofstock, contain a simple 1-page risk management section with few details, and has no requirement to notify ZAA of attacks or escapes. |
| Public handling of big cat cubs, bear cubs, and primates | Largely supports a proposal under consideration by the U.S. Department of Agriculture to ban public handling of big cats, bears, and primates under the federal Animal Welfare Act.[184]<br><br>AZA-accredited zoos in Michigan opposed a bill to weaken existing state law by allowing the public to handle and pose with bear cubs up to 90 pounds.[185]<br><br>Citing concerns for animal welfare and public safety, the AZA opposed a bill to weaken existing state law in Kansas by allowing public contact with tiger, lion, and other big cat cubs.[186] | At least a dozen ZAA facilities and members offer public handling of big cat cubs, bear cubs, and/or primates.<br><br>A ZAA-accredited menagerie in Michigan allows the public to handle and pose with bear cubs up to 90 pounds.<br><br>ZAA supported a bill to weaken existing state law in Kansas by allowing public contact with tiger, lion, and other big cat cubs. |
| Zoonotic diseases | Detailed information regarding zoonotic diseases, preventive measures, staff training, the use of personal protective equipment, and quarantine areas in compliance with standards developed by the American Association of Zoo Veterinarians.[187]<br><br>A tuberculin (TB) testing/surveillance program must be established for appropriate staff in order to ensure the health of both the employees and the animals.[188] | One sentence about minimizing zoonotic disease risks during quarantine of fish and one sentence about "sanitary precautions" for wildlife used in public contact.[189]<br><br>No requirement or recommendation for a tuberculosis testing and surveillance program. |

| | AZA | ZAA |
|---|---|---|
| Safety committee | A 25-member Safety Committee disseminates best practices, recommends changes in best practices and professional training, reviews incident investigations, and addresses emerging safety issues.[190] | No safety committee. |
| Security | Security on a 24-hour, year-round basis.[191] | No requirement for 24-hour security. |
| Controlled substances | Written, formal procedures must be available to the animal care staff for the use of animal drugs for veterinary purposes and appropriate security of the drugs must be provided.[192] | No references to use or secure storage of controlled substances. |
| Exotic Pets | Policy recognizing that wild animals do not make good pets.[193] | ZAA defends the right of individuals to own exotic animals and accredited facilities and members breed and sell a variety of wild animals to the public.[194,195,196] |
| Sample animal disposition policies (primates, auctions, and hunting) | Primates may not be sold, traded, or given to individuals or to animal dealers known to place primates with individuals.[197]<br><br>Non-domesticated animals shall not be disposed of at animal auctions or to any organization or individual that may use or sell the animal at an animal auction, and animals shall not be disposed of to organizations or individuals that allow the hunting of these animals or their offspring.[198] | Members sell primates to pet monkey dealers and to private parties.[199,200,201,202,203,204]<br><br>No policy against hunting zoo animals or selling them at auctions. Evidence of facilities selling wild animals at auction, to hunting ranches and canned hunt operators, to exotic-animal breeders and dealers, as well as slaughtering African lions and black bears, once used for public handling, for the sale of their meat.[205,206,207,208] |
| Species Survival Plan (SSP) | Captive breeding is conducted on the basis of sound science and professional husbandry standards, analyzing genetic lineages and making breeding recommendations that preserve and/or increase genetic integrity and account for the space available within SSP participating zoos for adult animals.[209] | Animals are bred, and inbred, with no regard for genetic diversity or permanent placement for adult animals. Tiger cubs are produced year-round solely to supply the demand for public handling and without a commitment to provide appropriate and life-long care. |
| Illegal trade in tiger parts | Supports proposed federal regulations to help prevent captive tigers in the U.S. from fueling the illegal black market for tiger parts by monitoring breeding and disposition.[210] | Opposes proposed federal regulations to help prevent captive tigers in the U.S. from fueling the illegal black market for tiger parts by monitoring breeding and disposition.[211] |

| | AZA | ZAA |
|---|---|---|
| Animal welfare | • Facilities provide species-specific behavioral enrichment and husbandry that greatly exceed the minimum standards of federal law.[212]<br>• A 12-member Animal Health Committee ensures high quality and comprehensive animal health care.[213]<br>• An 18-member Animal Welfare Committee develops assessment tools and drives the creation of detailed, species-specific animal care manuals.[214]<br>• Veterinary coverage must be available to the animals 24 hours a day, 7 days a week.[215]<br>• Keepers are trained to recognize abnormal behavior and clinical symptoms of illness and dietary and husbandry requirements.[216]<br>• A 9-member Nutrition Scientific Advisory Group develops guidelines to enhance feeding programs based on sound scientific principles.[217]<br>• Necropsies are performed on deceased animals to determine if the cause of death may be related to nutritional status or other aspects of husbandry.[218] | There is no reference to routine veterinary care requirements or species-specific animal care manuals, references to psychological well-being of animals are few and vague, dietary and husbandry standards are very brief and lacking in detail, and there is no mention of conducting necropsies to determine what caused the death of an animal.[219,220] |
| Open door policy | Institutions must develop a clear process for identifying, communicating, and addressing animal welfare concerns within the institution in a timely manner, and without retribution.[221] | No policy for staff to communicate animal welfare concerns. |
| Sample caging requirements (chimpanzees and tigers) | 2,000-square-feet of indoor and outdoor space and useable vertical heights of over 20 feet for chimpanzees.[222]<br><br>A minimum of 1,206-square-feet per enclosure, with 50 percent more floor space added for each additional tiger; minimum vertical height of 12 feet for top-covered enclosures; and tigers must be provided with a pool large enough for swimming.[223] | 240-square-feet and 8 feet of vertical height for chimpanzees[224]<br><br>360-square-feet for up to two tigers with 25 percent more floor space for additional tigers, vertical height of 8-feet for top-covered enclosures, and no requirement for a pool.[225] |
| Social needs of elephants | Female elephants must be in kept in social groupings of at least three elephants.[226] | Two ZAA members—Natural Bridge Zoo and Myrtle Beach Safari—house solitary female elephants.[227,228] |

## Appendix 3 – *Animal Finders' Guide*

*Animal Finders' Guide* is a trade publication that peddles exotic animals to breeders, dealers, hunting ranches, and the pet trade. In an apparent response to criticism, ZAA recently stopped identifying *Animal Finders' Guide* as an affiliate, but it is clear the two organizations maintain a close relationship. ZAA's display ad routinely appears among *Animal Finders' Guide*'s monthly classified ads that offer innumerable species—including big cats, bears, primates and wolves—for sale or "free to good home," and *Animal Finders' Guide* continues to run a display ad in ZAA's newsletter. Following are examples of ads commonly seen in *Animal Finder's Guide*. No reputable facility would dispose of dangerous wild animals through classified advertisements.

Spider monkey – eight year old male, easily handled by men, fully intact, $4500. White tiger, eleven month old female, well socialized, $4500. Umbrella cockatoo, twenty-one year old female, great bird, prefers men, easily handled, $500. Dwarf horse, fourteen month old gray mare, 22" tall, $800. Partial trades considered. 740-710-1693. OH  6-1-11

TIGER cub – five month old female, well socialized, $500. 740-596-0543. OH  4-1-11

Free – cinnamon black bear male approximately 500 pounds, out pet, must go to a good home. Please call Brian at 715-571-6752. WI  7-1-11

Free to good home – male hetero tiger, two years old, very nice disposition, you must have proper permits in your area. E-mail for photos or more information at SSMadly@aol.com or call 979-535-4335. TX  1-1-08

FOR SALE: male Hamadryas baboon, three years old, hand raised, what a show off; female Hamadryas baboon, two years old, hand raised; male vervet monkey, six years old, very nice; female vervet, four years old; male snow macaque, ten years old. Interested parties only. 563-285-4185. IA  6-1-11

North American black bears: one 3 year old, one 4 year old, good breeders, great bloodlines, free. 518-642-9209. NY  10-15-07

Male spider monkeys – both must go together. Do not have the space for winter, proper permits required. 540-858-3610, VA  10-1-11

Cinnamon black bear male, about 500 pounds, 15 years old, must move, make offer. Also heavy duty bear pen 12'x20'x8' high. Asking $2500. 715-257-9302 or cell 715-571-6752. WI  6-1-11

White tigers due in June, $8000. For more information call 979-535-4335. TX  6-1-11

Male snow macaque, 2 years old, bottle raised, tame, intact, $1800. 816-517-2254. MO  7-1-11

Nine year old black bear free to good home, need USDA license. 618-372-8549. IL  10-1-11

1.1 white tigers born 4-23-08, perfect; 4 "coatimundi" females, proven breeders, $300 each; 1.1 liontail macaque breeder pair, $12,500 (Kansas only); female black leopard, two years old, $1600; spotted female, one year old $1800; one male olive baboon born 3-23-08, $3000; one male olive baboon, seven years old, $1500; female tiger breeders, $1000. Call Tom 620-515-2885. KS  6-1-09

For sale: twelve week old Syrian cubs, one male, one female, bottle-fed and handled by hundreds of people. 419-234-0388. OH  6-1-11

Looking to place male chimps to a licensed home. They are same bloodline as our main breeder. 661-245-2406. CA  6-1-09

Tiger cub male, four months old, proper licenses and permits required. arkexotics@yahoo.com 567-395-1435.  12-1-11

Free tigers – five females, one male. All are hetero, ages vary from fifteen months to twenty months. 812-256-3894, ask for Tim. Southern Indiana  7-1-09

Adults – 2.2 tigers, hetero and white; female lion; 1.1 leopards, black and spotted; 1.1 cougars; 2 male bobcats; 1.1 raccoon; 1.4 skunks; female serval; 1.2 coyotes; 1.1 wolves. Walk-in freezer, 10" meat grinder. 740-763-0840. OH  10-15-05

Free to good home: 1.1 adult tigers, good temperament; 0.1 adult black leopard. Location Oklahoma. Questions, 580-677-0443. OK  6-1-11

SIBERIAN tigers looking for a good home, four years old and older. Contact Marla at Silver Wolf Animal Refuge, 830-743-1693 in Seguin, TX  6-1-11

Free to good home: three year old friendly female cinnamon black bear. 440-563-9401. OH  1-1-07

FREE to approved home: female tiliger, turned three in July 2011, awesome looking cat, green eyes. Also have a pair of lions: male eight years old, proven breeder, real nice looking cat; female lion turned three in July 2011. Older female bobcat, good health and looks good. For more information call 979-535-4335. TX  1-1-11

Free: young hetero tigers, males and females. To be placed in good home. 979-779-7230. TX  6-1-11

Free black bears, bottle fed, gentle – two males born 2002; one female, one male born 2004. For more information call 828-497-9191. NC  6-1-11

Free beautiful tigers, must reduce inventory – three males born in 2003, one male born in 2001, one female born in 2003 who has same father as the three other males. USDA. Phone 580-875-3968, cell 580-351-8642. OK  6-15-05

Free to a good home: one male, one female black bears. Interested parties call 641-324-9974 for more information. Iowa  6-1-07

FREE: one female lion, 4 months; one male tiger, 4½ months; 2X female male tiger. Good dispositions and well socialized. 309-783-2112. IL  1-1-07

Zoological Association of America
P.O. Box 511275
Punta Gorda, FL 33951
941-621-2021
www.zaa.org • info@zaa.org

Free: three female adult black bears, tame, 507-213-7669. MN  6-1-11

COUGAR free to good home, seven years old, beautiful animal. Email: zooworld@knology.net FL  2-1-12

Gibbons – white handed fawn male, black female, five years old. Red ruffed lemurs, breeder pair. Virginia or proper permits only. 804-405-2061. VA  1-1-11

Free – eight year old black bear, used in exhibit, to a good home only. 419-234-0388. OH  6-1-08

Nine week old black bear cubs, two females, $500 each. You may pick up or pay for shipping. Baby tiger cubs on the ground, ready to go in mid to end of June, will be eleven weeks old. Males and females from great bloodline. Good looking cats. References available. 405-207-1168. Oklahoma  6-1-08

Black bear cubs available in February and March. 678-859-6820. GA  6-15-05

Tiger cub female, six weeks old, bottle raised, started on leash, does educational lectures, well mannered. Call Kathy, 603-878-2255. NH  6-1-11

Wanted: baby chimps, 1-4 months old, males or females. Only reasonable prices considered. USDA & USDI licensed. 979-779-7230. TX  1-1-07

African lion cubs, six weeks old, very sweet, house raised, still on bottle, $1500. 225-405-3158 or 225-791-5984. LA  10-15-05

[1] Paul Egan, "Michigan bear cub legislation could be back for debate," *Detroit Free Press*, December 31, 2012.
[2] Regular Session, 2012, Senate Concurrent Resolution No. 16, Senator Cortez, Original
[3] Regular Session, 2012, Senate Concurrent Resolution No. 16, Senator Cortez, Engrossed
[4] Paul Egan, "Michigan bear cub legislation could be back for debate," *Detroit Free Press*, December 31, 2012.
[5] Jim Fouts, chairman of ZAA, letter to Tim Van Norman at U.S. Fish and Wildlife Service, "RE: U.S. Captive-Bred Inter-Subspecific Crossed or Generic Tigers, RIN 1018-AW81; Docket Number FWS-R9-IA-2011;96300-1671-0000-R4," October 5, 2011.
[6] Alan Johnson, "State zoos back exotic-animal bill, but with some reservations," *The Columbus Dispatch*, March 22, 2012.
[7] Deb Gruver, "Sedgwick County Zoo to break ground next month on new elephant exhibit," *The Wichita Eagle*, September 17, 2014.
[8] Snujana Farberov, "Construction worker has his thumb bitten off after putting hand inside tiger cage," *The Daily Mail*, October 6, 2014.
[9] Kelly Heyboer, "Great Adventure safari becomes classroom for Monmouth U. psychology students," *The Star-Ledger*, April 13, 2014.
[10] U.S. Department of Agriculture, Inspection Report, Six Flags, #22-C-0005, June 9, 2014.
[11] Adam Sacasa, "Woman hospitalized after cobra bite at Loxahatchee animal sanctuary," *Sun Sentinel*, June 26, 2014.
[12] Kristen M. Clark and Sonja Isger, "West Palm Beach sanctuary owner: Wife bitten by cobra should be OK," *Palm Beach Post*, June 26, 2014.
[13] U.S. Department of Agriculture, Citation and Notification of Penalty, Two Tails Ranch, Reference Number: FL140004-AC, April 7, 2014.
[14] Monivette Cordeiro, "Elephant at Williston ranch injured woman, FWC says," *Gainesville Sun*, October 21, 2013.
[15] U.S. Department of Agriculture, Inspection Report, Montgomery Zoo, 64-C-0003, May 22, 2013.
[16] Jane Musgrave, "Jaguar tears off thumb of visitor to Panther Ridge Conservation Center," *Palm Beach Post*, March 5, 2010.
[17] "2 jaguars in quarantine after one attacks zoo worker," Associated Press, January 20, 2009.
[18] U.S. Department of Agriculture, Inspection Report, Catoctin Wildlife Preserve, 51-C-0034, January 30, 2009.
[19] Rochelle E.B. Gilken, "Tiger bites Loxahatchee wildlife trainer during rapper's video shoot," *Palm Beach Post*, May 13, 2008.
[20] "Trainer recovering after tiger bites him at rap video shoot," *Miami Herald*, May 14, 2008.
21 "Woman is injured by tiger in Gentry," *Benton County Daily Record*, November 10, 2004.
[22] Tracy M. Neal, "Woman sues after monkey bites off fingers," *Benton County Daily Record*, January 28, 2005.
[23] "On the prowl," *Arkansas Democrat-Gazette*, April 7, 2002.
[24] "Two injured in attack in drive-through safari," Associated Press, January 28, 2002.
[25] U.S. Department of Agriculture, Inspection Report, Vogel Exotics, 41-C-0104, October 29, 2014.
[26] Jessica O'Brien, "B&E workers find alligator, a zoo escapee," *The News-Dispatch*, August 19, 2014.
[27] "Tiger briefly escapes enclosure at Montgomery Zoo," Associated Press, December 12, 2013.
[28] U.S. Department of Agriculture, Inspection Report, Wild Wilderness, 71-C-0151 and 71-C-0004, January 23, 2012, February 8, 2005, November 23, 2004, April 6, 2004, April 11, 2003, January 14, 2003, October 30, 2001.
[29] "Alligator may be on the loose in Caledonia," *Journal Times*, February 27, 2013.
[30] "Captured baboon belongs to Great Adventure safari, park officials say," *Star-Ledger*, July 2, 2011.
[31] "Escaped baboon, spotted in Jackson and Freehold, remains missing," *Star-Ledger*, July 1, 2011.
[32] Laura Figueroa and Christine Dolen, "Small ape triggered tiger escape at Jungle Island," *Miami Herald*, August 30, 2010.
[33] "Toddler comes face to face with escaped Bengal tiger in Miami Zoo," *Daily Mail*, September 1, 2010.
[34] U.S. Department of Agriculture, Inspection Report, TIGERS, 56-C-0116, September 1, 2010.
[35] "Tiger Cub Gets Out Of Cage During Training Exercise," WSOC-TV, April 23, 2010.
[36] "Parents Release Photo After Tiger Breaks Out of Cage," WSOC-TV, April 26, 2010.
[37] U.S. Department of Agriculture, Settlement Agreement, Case #NC10052-AC, February 20, 2011.
[38] Keith Morelli, "Chopper Pilot Spots Escaped Monkeys Under Tree in Polk," *Tampa Tribune*, April 21, 2008.
[39] "Last five of Salisbury's missing monkeys found," *Tampa Bay Times*, December 18, 2008.
[40] "Monkey uses garden hose to scale moat, bolt from zoo," Associated Press, June 13, 2008.
[41] "Tiger captured after escape from Fla. sanctuary," Associated Press, August 20, 2008.
[42] Jerome Burdi and Peter Franceschina, "Missing tiger, lion found at McCarthy's in western Palm Beach County," *Sun-Sentinel*, August 20, 2008.
[43] "No charges over bear's escape from zoo," *Toronto Star*, August 24, 2007.
[44] Akilah Johnson, "Bengal tiger escapes from cage," *Sun-Sentinel*, February 27, 2005.
[45] Annie Gowen, "Va. Zoo Probed After Rare Bears Escape-Animals Were Shot to Death; Activists Seek Closing of Rockbridge County Facility," *Washington Post*, December 31, 2003.
[46] U.S. Department of Agriculture, Inspection Report, Oswald's Bear Ranch, 34-C-0123, June 18, 2013.
[47] Dustin Bonk, "Un-BEAR-able act amended," WLUC TV6, April 1, 2013.
[48] U.S. Department of Agriculture, Inspection Report, Oswald's Bear Ranch, 34-C-0123, November 9, 2010.
[49] Garret Mathews, "Tender moment with cuddly cub almost unbearable," *Evansville Courier & Press*, July 20, 2005.
[50] U.S. Department of Agriculture, Inspection Report, Tanganyika Wildlife Park, 48-C-0156, July 16, 2014.
[51] U.S. Department of Agriculture, Inspection Report, Six Flags Discovery Kingdom, 93-C-0809, June 11, 2014.
[52] U.S. Department of Agriculture, Inspection Report, Gulf Breeze Zoo (Virginia Safari Park's site: 003), 52-C-0166, February 11, 2014.
[53] U.S. Department of Agriculture, Inspection Report, Gulf Breeze Zoo (Virginia Safari Park's site: 003), 52-C-0166, April 24, 2012.
[54] U.S. Department of Agriculture, Inspection Report, Keith Evans, 88-C-0064, November 3, 2014.
[55] U.S. Department of Agriculture, Inspection Report, Wild Wilderness, 71-C-0151, September 1, 2010.
[56] U.S. Department of Agriculture, Inspection Report, Zooworld Zoological, 58-C-0460, October 3, 2012.
[57] U.S. Department of Agriculture, Inspection Report, Zooworld Zoological, 58-C-0460, December 3, 2013.
[58] U.S. Department of Agriculture, Inspection Report, Zooworld Zoological, 58-C-0460, April 22, 2014.
[59] U.S. Department of Agriculture, Inspection Report, Zooworld Zoological, 58-C-0460, September 24, 2013.
[60] U.S. Department of Agriculture, Inspection Report, Walking with Lions, 93-C-0297, March 17, 2008 and March 17, 2009.
[61] U.S. Department of Agriculture, Inspection Report, Have Trunk Will Travel, 93-C-0066, August 18, 2012.
[62] U.S. Department of Agriculture, Inspection Report, DeYoung Family Zoo, 34-C-0141, July 26, 2011, March 27, 2012.
[63] U.S. Department of Agriculture, Inspection Report, Dirk Arthur, 88-C-0151, December 28, 2013.
[64] U.S. Department of Agriculture, Inspection Report, Triple D Game Ranch, 81-C-0016, October 30, 2013.
[65] U.S. Department of Agriculture, Inspection Report, Keith Evans, 88-C-0064, May 14, 2010.
[66] U.S. Department of Agriculture, Inspection Report, Panther Ridge Sanctuary, 58-C-0768, July 1, 2009.
[67] U.S. Department of Agriculture, Inspection Report, Karl Mogensen, Natural Bridge Zoo, 52-C-0035, January 6, 2015.

[68] Carolyn Robbins, "Forest Park zoo will report animal deaths after 2 monkeys died in Springfield," masslive.com, February 19, 2015.

[69] U.S. Department of Agriculture, Inspection Report, Bearizona, 86-C-0100, June 24, 2014.

[70] U.S. Department of Agriculture, Inspection Report, Bearizona, 86-C-0100, November 18, 2014.

[71] U.S. Department of Agriculture, Inspection Report, Reston Zoo (Virginia Safari Park's site: 002), 52-C-0166, May 9, 2014.

[72] U.S. Department of Agriculture, Inspection Report, Reston Zoo (Virginia Safari Park's site: 002), 52-C-0166, June 10, 2014.

[73] U.S. Department of Agriculture, Inspection Report, Wild Wilderness, 71-C-0151, January 8, 2014.

[74] U.S. Department of Agriculture, Inspection Report, Wild Wilderness, 71-C-0151, January 27, 2014.

[75] U.S. Department of Agriculture, Inspection Report, Wild Wilderness, 71-C-0151, May 29, 2014.

[76] U.S. Department of Agriculture, Inspection Report, Montgomery Zoo, 64-C-0003, January 24, 2014.

[77] U.S. Department of Agriculture, Inspection Report, Zooworld Zoological, 58-C-0460, August 13, 2014.

[78] Bhagavan Antle, T.I.G.E.R.S., letter regarding denial of application PRT-36398B, to Tim Van Norman, U.S. Fish & Wildlife Service, December 22, 2014.

[79] U.S. Department of Agriculture, Inspection Report, Wild Wilderness, 71-C-0151, March 7, 2013.

[80] U.S. Department of Agriculture, Inspection Report, Zooworld Zoological, 58-C-0460, December 3, 2013.

[81] U.S. Department of Agriculture, Inspection Report, Bearizona, 86-C-0100, June 24, 2014.

[82] U.S. Department of Agriculture, Inspection Report, Bearizona, 86-C-0100, November 18, 2014.

[83] U.S. Department of Agriculture, Inspection Report, Gulf Breeze Zoo (Virginia Safari Park's site: 003), 52-C-0166, February 11, 2014.

[84] U.S. Department of Agriculture, Inspection Report, Hernando Primate, 58-C-0970, September 28, 2011, April 5, 2012, August 3, 2012, December 13, 2012, August 29, 2013, October 23, 2013.

[85] Timothy J. Van Norman, chief, Branch of Permits, U.S. Fish & Wildlife Service, letter to Ross Wilmoth Jr., Wild Wilderness Drive-Through Safari, April 25, 2011.

[86] U.S. Department of Agriculture, Inspection Report, Catoctin Wildlife Preserve, 51-C-0034, January 30, 2009.

[87] Timothy J. Van Norman, chief, Branch of Permits, U.S. Fish & Wildlife Service, letter to Donovan Smith, Close-up Creatures, December 3, 2010.

[88] U.S. Department of Agriculture, Inspection Report, Animal Source Texas, 74-B-0315, April 28, 2010.

[89] Animal Finders' Guide, p.8, October 1, 2011.

[90] Bill Devlin, "Operator of Bucks zoo sued," The Intelligencer, October 13, 2011.

[91] Valerie Garman, "Changes ahead: New ZooWorld director hopes to appeal to more locals," News Herald, January 10, 2015.

[92] Henry Brean, "Clark County shuts down popular zoo in Moapa," Las Vegas Review-Journal, January 23, 2014.

[93] Barbara Soderlin, "Roo Ranch closes after owner's death," Rapid City Journal, April 12, 2010.

[94] Denise Rosch, "Lion Habitat given OK by zoning commission to remain open," KSNV, March 18, 2015.

[95] Eric Hartley, "Lion Habitat Ranch in danger of shut down," Las Vegas Review Journal, March 3, 2015.

[96] U.S. Department of Agriculture, Inspection Report, Dirk Arthur, 88-C-0151, December 28, 2014.

[97] U.S. Department of Agriculture, Inspection Report, Dirk Arthur, 88-C-0151, February 12, 2014.

[98] U.S. Department of Agriculture, Inspection Report, Montgomery Zoo, 64-C-0003, August 24, 2012.

[99] U.S. Department of Agriculture, Inspection Report, Catoctin Wildlife Preserve, 51-C-0034, June 12, 2007.

[100] U.S. Department of Agriculture, Inspection Report, NBJ Zoological Park, 74-B-0571, June 5, 2013.

[101] U.S. Department of Agriculture, Inspection Report, Hope Bennett, 57-C-0163, December 6, 2006, April 2, 2011.

[102] U.S. Department of Agriculture, Inspection Report, Hope Bennett, 57-C-0300, June 27, 2012, March 19, 2013.

[103] Michael Carpenter, senior biologist for the U.S. Fish & Wildlife Service, e-mail "Subject: zoo arcadiana," May 14, 2009.

[104] U.S. Department of Agriculture, Inspection Report, March 1, 2010, November 4, 2008, June 28, 2007, June 27, 2007, May 30, 2007, January 11, 2007, and December 14, 2005.

[105] Britton, Polly, "Financial impact of regulations on owners of 'dangerous wild animals' in Ohio," Ohio Association of Animal Owners, July, 22, 2011.

[106] Alexandra Zayas, "Where are zoo's tiger cubs?" St. Petersburg Times, December 28, 2008.

[107] Linda Goldston, "Dealers strike it rich at zoos surplus animals resold for 'mind-boggling' profit," San Jose Mercury News, February 8, 1999.

[108] Corporate Officers, Directors and C-Level Executives for EXOTIC WILDLIFE ASSOCIATION, Texas Domestic Nonprofit Corporation, Wysk # V8VGUR4, http://www.wysk.com/index/texas/ingram/v8vgur4/exotic-wildlife-association/officers, updated January 3, 2014.

[109] Larry Oakes, "Country singer pleads guilty in trophy bear case," Star Tribune, November 27, 2006.

[110] Emery Cowan, "PETA, Bearizona in dispute," AZ Daily Sun, October 14, 2014.

[111] Animal Finders' Guide, Volume 29 Issue 1, p.8, February 1, 2012.

[112] Steve Krafft, "The travels of one tiger cub?" FOX 10 News, November 7, 2011.

[113] American Association of Zoo Veterinarians, Standard Certificate of Veterinary Inspection, Owner: Wildlife World Zoo, No. 64362, May 2, 2006.

[114] U.S. Department of Agriculture, Inspection Report, Arbuckle Wilderness, 73-C-0152 and 73-C-0190, March 22, 2007, May 18, 2009, December 5, 2009, March 31, 2010, August 25, 2010, April 26, 2011, August 9, 2011, July 25, 2012.

[115] U.S. Department of Agriculture, Inspection Report, Claws and Paws Wild Animal Park, 23-C-0013, October 25, 2007, October 6, 2008, August 1, 2012, November 3, 2009, July 19, 2010, April 26, 2011, October 13, 2011.

[116] Nevada Department of Agriculture, Certificate of Veterinary Inspection, S263342, August 15, 2012.

[117] Nevada Department of Agriculture, Certificate of Veterinary Inspection, S263341, August 15, 2012.

[118] U.S. Department of Agriculture, Respondent Big Cats of Serenity Springs, Docket #12-0223, Complaint, January 30, 2012.

[119] Pennsylvania Department of Agriculture, Certificate of Veterinary Inspection, Seller: Living Treasures, Certificate #A918384, September 2, 2009.

[120] U.S. Department of Agriculture, Inspection Report, Plumpton Park Zoo, 51-C-0021, July 27, 2010.

[121] Kim Gamel, "Baghdad zoo welcomes pair of US-donated tiger cubs," Associated Press, August 8, 2008.

[122] David Kidwell, "Sentenced to 100 years, tattling kingpin freed after 12," Miami Herald, August 27, 2000.

[123] "Popular Petting Zoo Under Investigation For Alleged Animal Cruelty, Drug Violations," WUSA, February 17, 2012.

[124] Melanie Alnwick, "Reston Zoo director, Meghan Morgensen, charged with animal cruelty," FOX 5 WTTG, June 25, 2012.

[125] Justin Jouvenal, "Reston Zoo director pleads guilty in drowning of wallaby," Washington Post, January 3, 2013.

[126] Rory Schuler, "Rivers was charged with illegal sale of big cats," Lebanon Daily News, July 29, 2004.

[127] Rory Schuler, "Diving-mule act splashes controversy," Lebanon Daily News, July 29, 2004.

[128] Janet Zink, "Lowry Park believes its former president owes over $200,000," St. Petersburg Times, March 24, 2009.

[129] Baird Helgeson, "Lowry Park Zoo Tries To Win Back Accreditation Today," Tampa Tribune, March 27, 2009.

[130] Stan Maddux, "Michigan City zoo director suspended," The Times, October 20, 2011.

[131] Richard Chambers, "Johnny Martinez out as Washington Park Zoo director," The News-Dispatch, September 18, 2014.

[132] "New Development Director," Natural Bridge Zoo Newsletter, Winter Edition 2014.

[133] "Local zoo fined by ministry," Fort Erie Times Review, May 2008.

[134] U.S. Department of Agriculture, Citation and Notification of Penalty, Montgomery Zoo, Reference Number: AL140003-AC, November 4, 2014.

[135] U.S. Department of Agriculture, Citation and Notification of Penalty, Two Tails Ranch, Reference Number: FL140004-AC, April 7, 2014.
[136] Monivette Cordeiro, "Elephant at Williston ranch injured woman, FWC says," *Gainesville Sun*, October 21, 2013.
[137] U.S. Department of Agriculture, Official Warning, Violation of Federal Regulations, Violator Illusioneering (owned by Dirk Arthur), January 23, 2014.
[138] U.S. Department of Agriculture, Inspection Report, Illusioneering, Dirk Arthur and Stage Magic, 88-C-0151, December 28, 2013.
[139] U.S. Department of Agriculture, Official Warning, Violation of Federal Regulations, Violator Triple D Game Farm, December 31, 2013.
[140] U.S. Department of Agriculture, Inspection Report, Triple D Game Ranch, 81-C-0016, October 30, 2013.
[141] U.S. Department of Agriculture, Citation and Notification of Penalty, Zooworld Zoological, Reference Number: FL130157 AC, October 28, 2013.
[142] U.S. Department of Agriculture, Official Warning, Violation of Federal Regulations, Violator Capital of Texas Zoo, October 30, 2013.
[143] U.S. Department of Agriculture, Official Warning, Violation of Federal Regulations, Violator Wildlife World Zoo, June 28, 2011.
[144] U.S. Department of Agriculture, Official Warning, Violation of Federal Regulations, Violator Susan Bradshaw, Zooville USA, Case No. FL 130129, March 26, 2013.
[145] U.S. Department of Agriculture, Official Warning, Violation of Federal Regulations, Violator Scott Edwards, 74-C-0614, July 7, 2013.
[146] U.S. Department of Agriculture, Inspection Report, Scott Edwards, 74-C-0614, May 22, 2013.
[147] U.S. Department of Agriculture, Complaint, Respondent Catoctin Wildlife Zoo, AWA Docket No. 12-0165, December 23, 2011.
[148] U.S. Department of Agriculture, Consent Decision and Order, Respondent Catoctin Wildlife Zoo, AWA Docket No. 12-0165, May 29, 2012.
[149] U.S. Department of Agriculture, Inspection Report, Animal Sources Texas, 74-B-0315, April 28, 2010.
[150] U.S. Department of Agriculture, Complaint, Respondent Animal Source Texas, AWA Docket No. 12-0039, October 24, 2011.
[151] U.S. Department of Agriculture, Consent Decision and Order, Respondent Animal Source Texas, AWA Docket No. 12-0039, March 12, 2012.
[152] U.S. Department of Agriculture, Official Warning, Violation of Federal Regulations, Violator Leesburg Animal Park, Case No. VA-120015, March 6, 2012.
[153] U.S. Department of Agriculture, Official Warning, Violation of Federal Regulations, Violator Jungle Island, Case No. FL-11039, January 24, 2012.
[154] U.S. Department of Agriculture, Settlement Agreement, Respondent Panther Ridge, Case No. FL10200-AC, September 2011.
[155] U.S. Department of Agriculture, Settlement Agreement, Respondent Tiger World, Case No. NC10052-AC, February 20, 2011.
[156] U.S. Department of Agriculture, Official Warning, Violation of Federal Regulations, Violator Six Flags Theme Park, Case No. NJ11594, August 8, 2011.
[157] U.S. Department of Agriculture, Official Warning, Violation of Federal Regulations, Violator Hemker Park and Zoo, Case No. MN-11017, December 15, 2010.
[158] U.S. Department of Agriculture, Consent Decision and Order, Respondent Zoological Imports 2000, AWA Docket No. 09-0085, May 27, 2009.
[159] http://www.aza.org/about-aza/
[160] Zoological Association of America History; http://zaa.org/about-zaa/history-of-zaa
[161] http://www.aza.org/public-benefits/
[162] Zoological Association of America Accredited Facilities; http://zaa.org/accreditation/accredited-facilities
[163] http://www.aza.org/StrategicPlan/
[164] Zoological Association of America Mission, Purpose; http://zaa.org/about-zaa/mission
[165] AZA's "The Accreditation Questionnaire (Application), 2015 eletronic edition," ANIMAL CARE, WELFARE, & MANAGEMENT (AC) section, AC1 – AC53.
[166] AZA Accreditation Application, VETERINARY CARE (VC), VC1 – VC28.
[167] AZA Accreditation Application, PHYSICAL FACILITIES (PF), PF1 – PF20.
[168] AZA Accreditation Application, SAFETY/SECURITY (SS), SS1 – SS63.
[169] AZA Accreditation Application, CONSERVATION (C), C1 – C12.
[170] AZA Accreditation Application, EDUCATION AND INTERPRETATION (EI), EI1 – EI13.
[171] AZA Accreditation Application, RESEARCH (R), R1 – R9.
[172] AZA Accreditation Application, GOVERNING AUTHORITY (GA), GA1 – GA15.
[173] AZA Accreditation Application, STAFF (S), S1 – S21.
[174] AZA Accreditation Application, FINANCE (F), F1 – F12.
[175] Zoological Association of America Accreditation Application; http://www.zaa.org/images/pages/misc/ZAA_Accreditation_Application.pdf.
[176] AZA "The Accreditation Inspector's Handbook," F-8.
[177] AZA Accreditation Standards, 9. FINANCE, p.18-19.
[178] AZA "The Guide to Accreditation of Zoological Parks and Aquariums," THE INSPECTION, OVERVIEW, p.19.
[179] Zoological Association of America Facility Accreditation Inspection Process; http://zaa.org/accreditation
[180] https://www.aza.org/becoming-accredited/
[181] Zoological Association of America Facility Accreditation Inspection Process; http://zaa.org/accreditation
[182] AZA "The Accreditation Standards and Related Policies," 11.5.2.
[183] AZA Accreditation Standards, "General Administrative Policies," p. 87.
[184] Kristin L. Vehrs, Executive Director, AZA, letter to Dr. Barbara Kohn, Senior Staff Veterinarian, USDA/APHIS/Animal Care, comments regarding an amended petition for rulemaking to prohibit public contact with big cats, bears and nonhuman primates, November 18, 2013.
[185] Michigan's AZA Accredited Zoos, "Position on Amending Michigan Large Carnivore Act," undated.
[186] Jim Maddy, President and CEO, AZA, letter to the Honorable Members of the Kansas Legislature, comments opposing SB 97, March 17, 2015.
[187] AZA Accreditation Standards, 2.7.3, 11.1.2.
[188] AZA Accreditation Standards, 11.1.3.
[189] Zoological Association of America, 2014 Animal Care & Enclosure Standards, III. General Regulations of Captive Wildlife, (3) Public contact exhibition, IX. Aquatic & Marine Wildlife, (7) Fish.
[190] http://www.aza.org/safety-committee/
[191] AZA Accreditation Standards, 11.6.1.
[192] AZA Accreditation Standards, 2.2.1.
[193] http://www.aza.org/pressroom/detail.aspx?id=391
[194] Karl and Debbie Mogensen, Baby giraffe for sale, *Animal Finder's Guide*, February 1, 2008.
[195] Feline Conservation Federation, Board of Directors, Biography for Kevin Chambers; http://www.felineconservation.org/about_us/board_of_directors.htm
[196] Zoological Association of America Mission, Purpose; http://zaa.org/about-zaa/mission
[197] AZA Acquisition - Disposition Policy, "18.Under no circumstances should any primates be dispositioned to a private individual or to the pet trade," http://www.aza.org/ad-policy/.
[198] AZA Acquisition - Disposition Policy, "4.Non-domesticated animals shall not be disposed of at animal auctions. Additionally, animals shall not be disposed of to any organization or individual that may use or sell the animal at an animal auction. In transactions with AZA non-members, the recipient must ensure in writing that neither the animal nor its offspring will be disposed of at a wild animal auction or to an individual or organization that allows the hunting of the animal," http://www.aza.org/ad-policy/.
[199] Virginia Department of Agriculture Certificate of Veterinary Inspection, Natural Bridge Zoo (Debbie and Karl Mogensen), 2-week-old capuchin monkey to Rainbow Primates, NC, October 29, 2010.

[200] Virginia Department of Agriculture Certificate of Veterinary Inspection, Natural Bridge Zoo (Debbie and Karl Mogensen), 2-week-old capuchin monkey to Rainbow Primates, NC, December 4, 2010.

[201] Virginia Department of Agriculture Certificate of Veterinary Inspection, Natural Bridge Zoo (Debbie and Karl Mogensen), 2-week-old capuchin monkey to Rainbow Primates, NC, March 28, 2011.

[202] Virginia Department of Agriculture Certificate of Veterinary Inspection, Natural Bridge Zoo (Debbie and Karl Mogensen), 2-week-old capuchin monkey to Rainbow Primates, NC, April 27, 2011.

[203] Virginia Department of Agriculture Certificate of Veterinary Inspection, Natural Bridge Zoo (Debbie and Karl Mogensen), 5-week-old capuchin monkey to Rainbow Primates, NC, May 27, 2011.

[204] Virginia Department of Agriculture Certificate of Veterinary Inspection, Natural Bridge Zoo (Debbie and Karl Mogensen), 2-week-old capuchin monkey to Rainbow Primates, NC, September 26, 2011.

[205] Linda Goldston, "Dealers strike it rich at zoos," *San Jose Mercury News*, February 8, 1999.

[206] American Association of Zoo Veterinarians, Standard Certificate of Veterinary Inspection, Natural Bridge Zoo (Debbie and Karl Mogensen), zebras, kudos, and porcupines to Lolli Bros. Auction in MO, April 6, 2009.

[207] Emery Cowan, "PETA, Bearizona in dispute," *AZ Daily Sun*, October 14, 2014.

[208] The Ohio Association of Animal Owners, "Financial Impact of regulations on owners of dangerous wild animals in Ohio", October 2011.

[209] Michigan's AZA Accredited Zoos, "Position on Amending Michigan Large Carnivore Act," undated.

[210] Steven G. Olson, Vice President, Federal Relations, AZA, Comments re: "U.S. Captive-Bred Inter-Subspecific Crossed or Generic Tigers, RIN 1018-AW81; Docket Number FWS-R9-IA-2011; 96300-1671-0000-R4," August 30, 2011.

[211] Jim Fouts, Chairman, Zoological Association of America, Comments re: U.S. Captive-Bred Inter-Subspecific Crossed or Generic Tigers, RIN Docket Number FWS-R9-IA-2011; 96300, October 5, 2011.

[212] AZA Accreditation Standards, 1.6.1, p. 29, NOTE: Federal law only requires enrichment for primates.

[213] http://www.aza.org/Membership/detail.aspx?id=307

[214] http://www.aza.org/Membership/detail.aspx?id=378

[215] AZA Accreditation Standards, 2.1.2.

[216] AZA Accreditation Standards, 2.4.2.

[217] https://www.aza.org/nutrition-advisory-group/

[218] AZA Accreditation Standards, 2.5.1.

[219] Zoological Association of America 2014 Animal Care Standards, V. Standard Caging Requirements for Captive Wildlife. (3) Primates, 4(a) Wild Felines, 4(b) Bears.

[220] Zoological Association of America 2014 Animal Care Standards, III. General Regulations of Captive Wildlife, (5) Sanitation and Nutritional Requirements (a)–(e)

[221] AZA Accreditation Standards, 1.5.8.

[222] AZA "Chimpanzee (Pan troglodytes) Care Manual," Exhibit Size, p. 16.

[223] AZA Tiger Species Survival Plan® (in press, 2014). Tiger Care Manual. Association of Zoos and Aquariums, Silver Spring, MD, p. 12, "Spatial recommendations" and "Water Placement and Presentation."

[224] Zoological Association of America 2014 Animal Care Standards, V. Standard Caging Requirements for Captive Wildlife. 3(d) Apes 2.Chimpanzees and Orangutans (a); http://zaa.org/accreditation/zaa-standards

[225] Zoological Association of America, 2014 Animal Care & Enclosure Standards, V. Standard Caging Requirements for Captive Wildlife, (1) Wild Felines.

[226] AZA Standards for Elephant Management and Care, March 2011, 2.2.1, p. 12.

[227] Kody Leibowitz, "UPDATE: Worst Zoo For Elephant? Natural Bridge Zoo Speaks On Handling Of Asha," WSET, January 20, 2015.

[228] North American Region Studbook for the African Elephant, 2011 edition.

# RETURN OF SERVICE

**State of Florida**                     **County of Miami-Dade**                     **Circuit Court**

Case Number: 2015-18567 CA 40

Plaintiff:
**ZOOLOGICAL WILDLIFE FOUNDATION, INC., a Florida corporation,**
**and MARIO TABRAUE, an individual,**

vs.

Defendant:
**THE HUMANE SOCIETY OF THE UNITED STATES, INC.,**

For:
Diana Fitzgerald
Fitzgerald & Isaacson, LLP
1001 Brickell Bay Drive
Suite 1714
Miami, FL  33131

Received by DLE Process Servers on the 20th day of August, 2015 at 11:50 am to be served on **The Humane Society Of The United States, Inc. Registered Agent: Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301.**

I, Richard Kolodgy, do hereby affirm that on the **20th day of August, 2015** at **4:20 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, Cover Sheet, Complaint and Exhibits** with the date and hour of service endorsed thereon by me, to:  **Lori Dunlap as Customer Service Specialist for Corporation Service Company, REGISTERED AGENT** on behalf of **The Humane Society Of The United States, Inc.** and informing said person of the contents therein, in compliance state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Under penalties of perjury, I declare that I have read the following document and that the facts stated are true. F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

**Richard Kolodgy**
Process Server #204

**DLE Process Servers**
**247 S.W. 8 Street**
**#261**
**Miami, FL 33130**
**(786) 220-9705**
Our Job Serial Number: DLE-2015011221

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h

8/20

4/20

Loe i
Dun/

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN
AND FOR MIAMI-DADE COUNTY,
FLORIDA

R

2

ZOOLOGICAL WILDLIFE
FOUNDATION, INC., a Florida
corporation, and MARIO TABRAUE,
an individual,

COMPLEX BUSINESS LITIGATION

CASE NO.: 2015-18567 CA 40

       Plaintiffs,

v.

THE HUMANE SOCIETY OF THE
UNITED STATES, INC.,

       Defendant.

_____/

## SUMMONS

**THE STATE OF FLORIDA:**
To Each Sheriff of the State:

       **YOU ARE COMMANDED** to serve this summons and a copy of the complaint in this action on Defendant:

**The Humane Society of the United States, Inc.**
**Registered Agent: Corporation Service Company**
**1201 Hays Street**
**Tallahassee, FL 32301**

Defendant is required to serve written defenses to the Complaint on Plaintiffs' attorney
at:
**Fitzgerald & Isaacson, LLP**
**Attention: Diana L. Fitzgerald, Esq.**
1001 Brickell Bay Drive, Suite 1714
Miami, FL 33131
Telephone: (305) 372-7300
Facsimile: (305) 372-8150

**within twenty (20) days** after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court either before service on Plaintiffs' attorney or immediately thereafter.

If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint.

**Clerk of Court**

Date: AUG 2 0 2015

By: _____

As Deputy Clerk

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiffs/Plaintiffs' Attorney" named below:

Fitzgerald & Isaacson, LLP
Attention: Diana L. Fitzgerald, Esq.
1001 Brickell Bay Drive, Suite 1714
Miami, FL 33131
Telephone: (305) 372-7300
Facsimile: (305) 372-8150

2

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefónica no lo protegerá.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiffs/Plaintiffs' Attorney" (Demandantes o Abogado de los Demandantes):

Fitzgerald & Isaacson, LLP
Attention: Diana L. Fitzgerald, Esq.
1001 Brickell Bay Drive, Suite 1714
Miami, FL 33131
Telephone:  (305) 372-7300
Facsimile:  (305) 372-8150

## IMPORTANT

Des poursuites judiciares ont ete entreprises contre vous.  Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal.  Un simple coup de telephone est insuffisant pour vous proteger.  Vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat.  Si vous ne connaissez pas de'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintiffs/Plaintiffs' Attorney" (Plaignant ou a son avocat) nomme ci-dessous:

3

**Fitzgerald & Isaacson, LLP**
**Attention: Diana L. Fitzgerald, Esq.**
1001 Brickell Bay Drive, Suite 1714
Miami, FL 33131
Telephone:  (305) 372-7300
Facsimile:  (305) 372-8150

In accordance with the Americans with Disabilities Act of 1990 (ADA), disabled persons who, because of their disabilities, need special accommodation to participate in this proceeding should contact the ADA Coordinator no later than SEVEN (7) business days prior to such proceeding.