# EXHIBIT 2

O 245 S (3/88) Sheet 1 - Judgment Including Sentence Under the Sentencing Reform Act

# United States District Court

SOUTHERN District of FLORIDA

UNITED STATES OF AMERICA  
V.  
MARIO S. TABRAUE

JUDGMENT INCLUDING SENTENCE  
UNDER THE SENTENCING REFORM ACT

Case Number 87-928-CR-KEHOE (1)

(Name of Defendant)

RICHARD SHARPSTEIN  
Defendant's Attorney

THE DEFENDANT:

☐ pleaded guilty to count(s) _____.  
☒ was found guilty on count(s)  1,2,3,5,6,7,8,9,10,12,13,20,21,22 & 23  after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| 18:1962(d) | Consp. to engage in racketeering activities. | 1 |
| 18:1962(c),1963 & 2 | Racketeering. | 2 |
| 21:848 | Continuing criminal enterprise. | 3 |
| 21:846 | Consp. to poss w/intent to dist. marijuana & cocaine. | 5 |
| 21:952 & 960 | Importation of marijuana. | 6 |

(CONTINUED ON NEXT PAGE)

The defendant is sentenced as provided in pages 3 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____, and is discharged as to such count(s).  
☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.  
☐ The mandatory special assessment is included in the portion of this Judgment that imposes a fine.  
☒ It is ordered that the defendant shall pay to the United States a special assessment of $ 600.00 , which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Defendant's Soc. Sec. Number: [REDACTED]

Defendant's mailing address:  
M.C.C., 15801 S.W. 137th AVE.  
MIAMI, FL. 33177-1297

Defendant's residence address:  
3940 DOUGLAS ROAD  
MIAMI, FL. 33133

APRIL 13, 1989  
Date of Imposition of Sentence

Signature of Judicial Officer

JAMES W. KEHOE - U. S. DISTRICT JUDGE  
Name & Title of Judicial Officer

APRIL 13, 1989  
Date

AO 245 S (3/88) Sheet 1 - Judgment Including Sentence Under the Sentencing Reform Act

# United States District Court

SOUTHERN District of FLORIDA

UNITED STATES OF AMERICA
V.
MARIO S. TABRAUE

JUDGMENT INCLUDING SENTENCE
UNDER THE SENTENCING REFORM ACT
Page 2 of 6

Case Number  87-928-CR-KEHOE

(Name of Defendant)

RICHARD SHARPSTEIN
Defendant's Attorney

THE DEFENDANT:

☐ pleaded guilty to count(s) _____.
☒ was found guilty on count(s) 1,2,3,5,6,7,8,9,10,12,13,20,21,22 & 23 after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Count Number(s) |
|---|---|---|
| (CONTINUED FROM PAGE ONE) | | |
| 21:841(a)(1) | Poss. w/intent to dist. marijuana. | 7 |
| 21:841(a)(1) | Dist. cocaine. | 8,9,10,12 & 13 |
| 18:1503 | Obstruction of justice. | 20 |
| 18:1512(b) | Tampering with a witness. | 21 |
| 26:5861(d) & 5871 | Poss. of an unregistered firearm, a Class C felony. | 22 & 23 |

The defendant is sentenced as provided in pages 3 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____, and is discharged as to such count(s).
☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.
☐ The mandatory special assessment is included in the portion of this Judgment that imposes a fine.
☒ It is ordered that the defendant shall pay to the United States a special assessment of $ 600.00, which shall be due immediately.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of residence or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Defendant's Soc. Sec. Number: ▮▮▮▮▮▮▮▮▮

Defendant's mailing address:
M.C.C., 15801 S.W. 137th AVE.
MIAMI, FL. 33177-1297

Defendant's residence address:
3940 DOUGLAS ROAD
MIAMI, FL. 33133

APRIL 13, 1989
Date of Imposition of Sentence

_____
Signature of Judicial Officer

JAMES W. KEHOE - U. S. DISTRICT JUDGE
Name & Title of Judicial Officer

APRIL 13, 1989
Date

AO 245 S (3/88) Sheet 2 - Imprisonment

Defendant: MARIO S. TABRAUE
Case Number: 87-928-CR-KEHOE

Judgment—Page 3 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of SIXTY (60) YEARS as to ct. 3, TWENTY (20) YEARS confinement as to cts. 1 & 2 to run concurrent w/each other but consecutive to ct. 3, FIVE (5) YEARS confinement followed by a Special Parole Term of TWO (2) YEARS as to cts. 6 & 7 to run concurrent w/each other but consecutive to ct. 3, FIFTEEN (15) YEARS confinement followed by a Special Parole Term of THREE (3) YEARS as to cts. 8,9,10 & 12 to run concurrent w/each other but consecutive to ct. 3, TWENTY (20) YEARS confinement followed by a Special Parole Term of THREE (3) YEARS as to ct. 13 to run concurrent with ct. 3, FIVE (5) YEARS confinement as to cts. 20 & 21 to run concurrent w/each other and with ct. 3 FIFTEEN (15) MONTHS confinement followed by a TWO (2) YEAR term of Supervised Release as to cts. 22 & 23 to run concurrent w/each other and with ct. 3. TOTAL CONFINEMENT: ONE HUNDRED (100) YEARS. TOTAL SPT: THREE (3) YEARS. TOTAL SUPERVISED RELEASE: TWO (2) YEARS.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district,

☐ at ____ a.m. / p.m. on _____ .

☐ as notified by the Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons

☐ before 2 p.m. on _____ .
☐ as notified by the United States Marshal.
☐ as notified by the Probation Office.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

AO 245 S (3/88) Sheet 3 - Supervised Release

Judgment—Page 4 of 6

Defendant: MARIO S. TABRAUE
Case Number: 87-928-CR-KEHOE

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of TWO (2) YEARS as to cts. 22 & 23 to run concurrent with each other.

While on supervised release, the defendant shall not commit another Federal, state, or local crime and shall comply with the standard conditions that have been adopted by this court (set forth on the following page). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

☐ The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

AO 245 S (3/88) Sheet 6 - Fine With Special Assessment

Judgment—Page 5 of 6

Defendant: MARIO S. TABRAUE
Case Number: 87-928-CR-KEHOE

## FINE WITH SPECIAL ASSESSMENT

The defendant shall pay to the United States the sum of $ 600.00 , consisting of a fine of $ _____ and a special assessment of $ 600.00 .

[X] These amounts are the totals of the fines and assessments imposed on individual counts, as follows:

$50.00 on each of counts 1,2,3,8,9,10,12,13,20,21,22 & 23.

This sum shall be paid [X] immediately.
[ ] as follows:

[ ] The Court has determined that the defendant does not have the ability to pay interest. It is ordered that:

[ ] The interest requirement is waived.
[ ] The interest requirement is modified as follows:

AO 245 S (5/88) Sheet 5 - Standard Conditions - Probation

Judgment—Page 6 of 6

Defendant: MARIO S. TABRAUE
Case Number: 87-928-CR-KEHOE

## STANDARD CONDITIONS OF SUPERVISION

While the defendant is on probation or supervised release pursuant to this Judgment:

1) The defendant shall not commit another Federal, state or local crime;
2) the defendant shall not leave the judicial district without the permission of the court or probation officer;
3) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
4) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
5) the defendant shall support his or her dependents and meet other family responsibilities;
6) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
7) the defendant shall notify the probation officer within seventy-two hours of any change in residence or employment;
8) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
9) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
10) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
11) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
12) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
13) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
14) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

These conditions are in addition to any other conditions imposed by this Judgment.