# EXHIBIT 3

Miami Herald (FL)
Copyright (c) 2000, The Miami Herald

August 27, 2000

Section: Front

## SENTENCED TO 100 YEARS, TATTLING KINGPIN FREED AFTER 12

DAVID KIDWELL, dkidwell@herald.com

It's been 20 years since Mario Tabraue hacked the body of a federal informant with a machete, 13 since he bribed his last cop, 11 since he was convicted as ``chairman of the board'' of one of South Florida's most prolific and violent drug gangs.

A federal judge handed him a 100-year sentence, and agents who spent years putting him in prison were sure he would die there. They were wrong.

Tabraue was released last November, after 12 years in prison, because he became a federal snitch and helped build other cases against murderers, high-level drug traffickers and money launderers. Tabraue, according to Assistant U.S. Attorney M. Patrick Sullivan, deserved a break.

Federal agents who worked the case are incredulous. The agents, who were never notified of the release, question the logic of freeing a general in the drug trade only to capture corporals, and whether the price for justice often runs too high.

``It doesn't really get any worse than this guy,'' said Dan McBride, a retired agent of the Bureau of Alcohol, Tobacco & Firearms who began the four-year effort to destroy Tabraue's drug gang, which imported tons of marijuana and cocaine, raking in $75 million over a decade.

``He epitomized the most ruthless and violent of all the drug dealers during that time. My balance sheet says he got 100 years, and that's exactly what he ought to do. I don't care who he's helped convict.''

Sullivan first tried to get Tabraue released in 1997, but Senior U.S. District Judge James Kehoe, the trial judge, rejected the request.

Kehoe died in 1998. Sullivan last year persuaded another judge, Shelby Highsmith, to reduce the sentence.

``I can't think of any other cooperators who have participated in so many cases that have resulted in guilty pleas by major traffickers in this area,'' Sullivan argued in court.

Tabraue's help was apparently so valuable that prosecutors ignored their own rules that say sentences for informants should not be reduced by more than 50 percent.

Had Sullivan not intervened, Tabraue would have been eligible for parole in 2047 - at age 93. Last week he celebrated his 46th birthday at home.

A QUIET LIFE

In the nine months he's been out, Tabraue has lived a quiet life and has gone far to re-establish the exotic-animal business that federal authorities say was once a front for his deals.

"I've learned my lesson," he says. "Now I'm back out here and I'm doing the right thing."

Tabraue's remorse matters little to former prosecutors and agents in the case. And even less to the widow of Larry Vance Nash, the federal informant Tabraue helped dismember with a machete and circular saw in 1980.

She broke into sobs when a reporter said Tabraue was free.

"No! No! No! It's just not right," said the 53-year-old nurse, whose son was 9 months old when his father was murdered. "He took away my life. He took away my son's life. What is our justice system all about? You can kill someone and 10 years later walk free? It's so totally, totally unfair."

Tabraue said he accepts responsibility for his crimes.

'I WAS CRAZY'

"I was crazy back then," he said in an interview at his mother's home. "I'm not proud of the crimes I committed. I'm not proud I had to cooperate with the authorities either, but there came a time when I had to come clean.

"I've learned a better way. It's not like I only did six months. I did 12 years hard time in a place where stabbings are a normal thing."

Tabraue was notorious in the 1980s, running his drug business from a $1 million Coconut Grove mansion teeming with cheetahs and toucans, even a two-headed snake.

RACKETEERING CASE

Arrested in 1987, Tabraue went to trial two years later, charged in a sweeping federal racketeering indictment that included murder, drug trafficking, corruption and obstruction of justice.

His high-profile trial included sensational testimony about a cadre of Miami police officers accused of taking bribes, including then-detective Raul Martinez, now Miami's chief of police.

Martinez was cleared internally of the allegations.

The FBI also investigated Martinez and others, but closed the file 15 years ago with no prosecutions.

Tabraue's three-month trial also included testimony about two murders in which Tabraue was allegedly involved. Tony Munio, a cousin of Tabraue's first wife, gave jurors lurid details about both.

According to the testimony, Nash - who had turned informant after he was caught piloting loads of marijuana - was shot by Tabraue associate Miguel A. Ramirez.

He brought the body to Tabraue for disposal advice.

When a machete wouldn't do the job, the group cut up Nash's body with a circular saw, then dumped the parts in a horse trough loaded with charcoal and lighter fluid, and lit a match, Munio said.

Ramirez was released in 1996 after he, too, helped prosecutors in other cases.

Nash's remains were never recovered.

WIDOW IS ANGRY

Now Nash's widow is outraged that prosecutors didn't call her before they got Tabraue released.

"They had no trouble talking to my husband," she said. "They had no trouble persuading him to do the surveillance. They used him, and all I got back was 'we lost him,' a thousand dollars for my trouble and that was it.

"I haven't heard from them since."

Barry Sabin, second in command at the U.S. attorney's office, acknowledged Friday that Nash's widow should have been contacted.

"We could and should do better," he said.

Tabraue's mansion and riches were forfeited upon his conviction. He now lives with his sister in a modest Miami home.

"It sure is a lot better than an 8-by-10 cell," he said.

Tabraue has gone back to his "first love," breeding and selling exotic animals through his newly formed company, Zoological Imports 2000 Inc.

Last week, there were hundreds at his west Miami-Dade warehouse: Gila monsters, albino cobras, monitor lizards, anacondas, even a black leopard named Gypsy.

"This is the love of my life," he said. "I feel very fortunate, and grateful to be able to pursue it again."

He even has a Web page: www.zoologicalimports.com.

Life hasn't turned out so well for Nash's son, now 20. His mother described him as "aimless."

"If he had his father, I think it would be different for us," the widow said. "Larry was a good man, and he was a good father for the nine months that my son had him."

The widow had a message for Tabraue.

"Pray for my son," she said. "I would really like to tell him to pray for my son. If he is really straightening out his life, that's the least he can do."

color photo: Mario Tabraue with Gypsy - a black leopard (a-Ran in STATE); photo: Mario Tabraue with Gypsy - a black leopard (a)

TIM CHAPMAN/HERALD STAFF AT WORK: Mario Tabraue with Gypsy.\\TIM CHAPMAN/HERALD STAFF A NEW LIFE: Released from prison after 12 years of a 100-year sentence, Mario Tabraue breeds and sells exotic animals such as Gypsy, a 14-week-old black leopard. `It is my true love,' he said of his business.

---- INDEX REFERENCES ----