# **EXHIBIT 4**

Miami Herald Archived Article.

Back to your search results | Return to the search page | Printer Friendly version

## Archive Search Result

### DRUG BOSS WHO IMPORTED EXOTIC ANIMALS AS A COVER GIVEN 100-YEAR SENTENCE

*HEATHER DEWAR Herald Staff Writer*
PUBLICATION: Miami Herald, The (FL)

SECTION: LOCAL

DATE: April 14, 1989
EDITION: FINAL
Page: 2B

Convicted drug dealer Mario Tabraue, described by a prosecutor as "the chairman of the board" of a ring that bribed police and committed an execution-style murder to protect its smuggling operation, drew a 100-year prison sentence from a federal judge Thursday.

Tabraue, 34, showed no emotion as U.S. District Judge James Kehoe imposed the sentence on 15 charges, including racketeering and continuing criminal activity. Tabraue, convicted in February after a three-month trial, will be eligible for parole in 20 years, attorneys in the case said. Five other defendants drew sentences ranging from 20 to 35 years.

Tabraue's father, Little Havana jeweler Guillermo Tabraue, also was a defendant in the trial. But after a witness testified Guillermo once was a CIA informant, a mistrial was declared. He later pleaded guilty to income tax evasion charges and is scheduled to be sentenced May 27.

The case was dubbed "Operation Cobra" in a reference to Mario Tabraue's exotic animal importing business, which prosecutors said was a cover for the drug ring.

During the trial, witnesses testified that the smugglers used Miami police officers for counter-surveillance and paid $150,000 in bribes to Keys police officers, including former Key West Deputy Chief Rolando Casamayor, who is serving a 30-year term in an unrelated case.

Other witnesses testified that two defendants were involved in the July 1980 murder of government informant Larry Nash, whose body has never been found. Witnesses said Nash's body was dismembered and cremated.

The jury also heard testimony about the February 1981 murder of Mario Tabraue's estranged first wife, Maria. Although the jury found Tabraue guilty of 61 acts of racketeering, it cleared him of one charge accusing him of complicity in his wife's killing.

The remaining defendant in the case, Carlos Pazos-Santana, is scheduled for sentencing May 2,