# EXHIBIT 6

Home → Collections → Miami Police Department



# Animal Importer Indicted U.s. Charges Seven As Smuggling Ring

December 17, 1987 | By JEAN THOMPSON, Staff Writer

Recommend 2

MIAMI -- Bribery of police officers, a grisly murder and $75 million in illegal drug sales are among the federal charges leveled on Wednesday against an exotic-pets dealer and six other Dade and Broward men.

Three indictments unsealed on Wednesday charge animal importer Mario Tabraue, 33, with managing a decade-old drug-trafficking ring. Also charged was his father, Guillermo Tabraue Sr., 64, a Little Havana jeweler.

The South Dade pet business, Zoological Imports Unlimited, and the father's jewelry store were seized by federal marshals on Wednesday. Wholesale drug deals had been made at both sites, the main indictment says.

The ring had smuggled 500,000 pounds of marijuana and 95 kilograms of cocaine from Colombia through Louisiana and Florida between 1978 and 1986, Assistant U.S. Attorney Richard Gregorie said.

Mario Tabraue and the ring are responsible for the July 1980 slaying, mutilation and cremation of Larry Nash, an informant for the federal Bureau of Alcohol, Tobacco and Firearms, said Lloyd E. Dean of the Miami FBI office.

If convicted of all charges, Mario Tabraue would face maximum sentences of 205 years plus life imprisonment and $3 million in fines.

Allegations of police corruption still are under investigation. The U.S. Attorney's office and police department spokesmen declined to discuss the Miami Police Department connection.

The son "had City of Miami police officers assisting him in collecting, counting and disbursing large amounts of currency," the indictment says.

### Related Articles

Miami Reorganizes Police Department
*December 5, 1986*

5 Cops Indicted In Death, Beating
*March 1, 2002*

Fbi Busts Cocaine Cartel's Cash Network
*June 13, 1987*

Indictment Names More Police Officers In Drug-theft Rings
*August 20, 1987*

More Miami Cops Face Arrest In Inquiry
*May 16, 1987*

### Find More Stories About

Miami Police Department

Indictment

## SUBOXONE® Sublingual Film
suboxone.com
(buprenorphine and naloxone) CIII. Find a doctor.



He also paid $150,000 to Key West Deputy Police Chief Raymond Casamayor and other Monroe County officers to protect drug shipments in early 1978, it says. Casamayor is serving a 30-year federal prison term.

Also arrested on Wednesday was Francisco Quintana, 48, of Miami, the Tabraues' alleged supplier.

The Tabraues and Qunitana are charged with racketeering and operating a continuing criminal enterprise. Their indictment seeks the forfeiture of $75 million in assets earned since the ring allegedly began in 1976.

Quintana would face 100 years, plus life in prison, and $1.2 million in fines. Guillermo Tabraue would face 40 years in prison and $500,000 in fines.

Charged in a related indictment and released on $50,000 bond was reptile salesman Raymond L. Van Nostrand, 44, a Davie resident. Also arrested and released on $100,000 bonds were Philip Epstein, 35, and Orlando Cecilia, 30, both of Miami. The three were charged with selling cocaine.

Former Fort Lauderdale resident Randy Chatfield, 32, was being sought in Indiana, where he faces sentencing in a drug-related case.

## Headcovers Unlimited

headcovers.com

Hats, Turbans & Wigs for Hair Loss. For Chemotherapy, Alopecia & Trich.

### See Also

1. Cheapest Cell Phone Plans
2. Symptoms of Allergies
3. New Chrysler Cars
4. High Protein Breakfasts
5. Deals on Chrysler Cars
6. Hot Penny Stocks to Watch
7. Biotech Penny Stocks
8. Best Tech Stocks To Buy

From the Web                                                                 Sponsored Links by Taboola

**How Unified Communications Is Changing the Way Global Companies ...**
ShoreTel

**This Father and Son Took the Same Photo 28 Years in a Row, and the Last One Is A...**
Your Daily Dish

**7 Outrageous Credit Cards For Those Of Us That Have Excellent Credit**
NextAdvisor

**Before Jennifer Lawrence and Taylor Swift Were Famous, They Modeled for ...**
Teen Vogue

**The Fastest Way To Pay Off $10,000 In Credit Card Debt**
LendingTree

**Brilliant Mortgage Payoff Method Has Banks On Edge**
Comparisons.org

**4×4 Dodge Ram vs Tree Stump - Watch What Happens Next!**
Man-Break

**5 Benefits of Vitamin D You Probably Didn't Know**
Huffington Post | Centrum

MORE:

Do Heat appreciate magnitude of Game 5?

Could Heat find value in NBA free agency?

Would Heat give Peace a chance?

Can Bosh, Wade break out of their funk?

Do nicknames on jerseys go against Heat "sacrifice" mantra?

Does Wade retain edge on Stephenson?

Index by Keyword   |   Index by Date   |   Privacy Policy   |   Terms of Service

Please note the green-lined linked article text has been applied commercially without any involvement from our newsroom editors, reporters or any other editorial staff.