# EXHIBIT 7



# FLORIDA DRUG RING REPORTED BROKEN

AP
Published: December 17, 1987

**MIAMI, Dec. 16—** A drug-smuggling ring that killed an informer and cut up his body while trafficking in a half-million pounds of marijuana has been broken, the Federal authorities said today.

The ring also bribed police officers to protect their operation, said Richard Gregorie, the chief assistant United States Attorney here. At one time, the indictment charged, members of the ring used Miami police officers to collect, count and disburse drug profits.

The ring operated for at least 10 years, smuggling the marijuana, along with some cocaine, into Louisiana and Florida, Mr. Gregorie said.

Six of the seven people indicted in the case were arrested here by a special Federal law-enforcement group combatting drug smuggling. The seventh was in custody in another state. $50,000 Caught by Agent Among those arrested were the men who the authorities said headed the ring, Mario Tabraue and his father, Guillermo. When the men were arrested at their homes in Dade County, Mario Tabraue's wife tossed a bundle of $50,000 in cash out the back window, said Lloyd E. Dean, an agent of the Federal Bureau of Investigation here. The money was caught by a Federal agent, Mr. Dean said.

The authorities said that in July 1980, members of the group apparently became aware that Larry Nash was an informer for the Bureau of Alcohol, Tobacco and Firearms.

"Mr. Nash was murdered and mutilated," Mr. Dean said. "His body was cut up with a chain saw and then burned."

The ring paid bribes totaling $150,000 to a former Key West deputy police chief, Raymond Casamayor, and other Monroe County officials, the indictment said. Mr. Casamayor is serving a 30-year prison sentence in a separate case.

The indictment also charged that from the fall of 1977 until at least the end of 1979 Mario Tabraue had Miami police officers collecting, counting and disbursing large amounts of cash made from the ring.

No Miami officers were named in the indictment. "But the investigation is still continuing," Mr. Gregorie said.

Also arrested was Francisco Quintana, who the authorities said was the ring's main supplier. One 15-count indictment charges the Tabraues and Mr. Quintana with conspiracy to possess and distribute marijuana and cocaine, possession of drugs with intent to distribute them, and racketeering. All three were held without bond. In two related indictments, a Federal grand jury charged Orlando Cicilia, Randy Chatfield, Phillip Epstein and Raymond Van Nostrand with racketeering in connection with the Tabraue operation. Mr. Chattfield was already in custody in annother state in an unrelated case. COLOMBIAN IS ARRESTED

MIAMI, Dec. 16 (AP) - A Colombian who helped found an operation that is responsible for 80 percent of the cocaine being smuggled into the United States has been arrested on drug-trafficking charges, Federal agents say.

The Colombian, Benjamin Herrera Zuleta, called the "Black Pope" by his colleagues, was arrested Tuesday at a Florida roadblock. He faces extradition to Las Vegas, Nev., where he is charged in a 1985 cocaine smuggling and trafficking indictment.

FACEBOOK    TWITTER    GOOGLE+    EMAIL    SHARE



© 2015 The New York Times Company | Site Map | Privacy | Your Ad Choices | Advertise | Terms of Sale | Terms of Service | Work With Us | RSS | Help | Contact Us | Site Feedback